GUY W. CHAMBERS (State Bar No. 101611)
E-Mail: *gchambers@sideman.com*
ELLEN P. LIU (State Bar No. 280459)
E-Mail: *eliu@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Ryan O. White (admitted *pro hac vice*)
Email: *rwhite@taftlaw.com*
Elizabeth Shuster (admitted *pro hac vice*)
Email: *eshuster@taftlaw.com*
TAFT, STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Telephone: (317) 713-3500
Facsimile: (317) 713-3699

Donald R. McPhail (admitted *pro hac vice*)
Email: *dmcphail@dickinson-wright.com*
DICKINSON WRIGHT PLLC
International Square
1825 Eye St. N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 457-0160
Facsimile: (844) 670-6009

Jaimin H. Shah (admitted *pro hac vice*)
Email: *jshah@taftlaw.com*
TAFT STETTINIUS & HOLLISTER LLP
111 E. Upper Wacker Drive, Suite 2800
Chicago, IL 60601
Telephone: (312) 836-4171
Facsimile: (312) 966-8607

Attorneys for Plaintiffs
ELY HOLDINGS LIMITED and
GREENLITE GLASS SYSTEMS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELY HOLDINGS LIMITED, a United Kingdom company, and GREENLITE GLASS SYSTEMS INC., a Canadian company,<br><br>       Plaintiffs,<br><br>       v.<br><br>O'KEEFFE'S, INC. d/b/a SAFTI FIRST, a California corporation,<br><br>       Defendant. | Case No. 18-cv-06721 JCS<br><br>**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

LAW OFFICES

SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

1    Plaintiffs Ely Holdings Limited ("Ely") and Greenlite Glass Systems Inc. ("Greenlite"; Ely

2    and Greenlite together collectively "Plaintiffs"), by and through their attorneys, bring this action

3    against O'Keeffe's, Inc. d/b/a SAFTI FIRST ("O'Keeffe's") for infringement of United States

4    Letters Patent No. 7,694,475 B2 ("the '475 Patent") in violation of the patent laws of the United

5    States of America, 35 U.S.C. § 1 *et seq.*  Plaintiffs seek compensation for past and present

6    infringement and an injunction precluding future infringement.

7                              **THE PARTIES**

8       1.    Plaintiff Ely is a company organized and existing under the laws of England and

9    Wales and having its principal place of business at 103A High Street, Lees, Oldham, OL4 4LY,

10   England, United Kingdom .

11      2.    Plaintiff Greenlite is a company organized and existing under the laws of the

12   Province of British Columbia and having its principal place of business at 2495 Davies Avenue,

13   Unit 55, Port Coquitlam, British Columbia, V3C OB2 Canada.

14      3.    On information and belief, Defendant O'Keeffe's is a corporation organized and

15   existing under the laws of California and having its principal place of business at 100 N Hill

16   Drive, Suite 12, Brisbane, CA 94005.

17      4.    On information and belief, O'Keeffe's offers to sell and sells infringing products

18   throughout the United States, including in the Northern District of California.

19                              **JURISDICTION**

20      5.    This action arises under the patent laws of the United States, Title 35 of the United

21   States Code.  Accordingly, this Court has exclusive subject matter jurisdiction over this action

22   under 28 U.S.C. §§ 1331 and 1338(a).

23      6.    This Court has personal jurisdiction over O'Keeffe's because O'Keeffe's is

24   incorporated in the state of California, is registered to do business in the state of California and

25   maintains its headquarters and principal place of business in this District.  Moreover, on

26   information and belief, O'Keeffe's, directly and/or through subsidiaries, divisions or

27   intermediaries (including distributors, retailers, and others), has committed and continues to

28   commit acts of infringement in this District by, among other things, offering to sell and selling

1   products and/or services that infringe the patent-in-suit and has established minimum contacts

2   with this forum such that the exercise of jurisdiction over O'Keeffe's would not offend traditional

3   notions of fair play and substantial justice.  O'Keeffe's can be served through its registered agent,

4   Wan-Pak P. Cheung, 100 N Hill Drive, Suite 12, Brisbane, CA 94005.

5                                                  **VENUE**

6          7.      Venue within this District is appropriate pursuant to 28 U.S.C. §§ 1391(b), 1391(c)

7   and 1400(b) at least because O'Keeffe's is incorporated in California and has a regular and

8   established place of business at 100 N Hill Drive, Suite 12, Brisbane, CA 94005.  O'Keeffe's

9   therefore resides in this District.

10                               **INTRADISTRICT ASSIGNMENT**

11         8.      This case involves Intellectual Property Rights and so is subject to assignment on a

12  district-wide basis pursuant to Civil L.R. 3.2(c).

13                                            **ELY'S PATENT**

14         9.      On April 13, 2010, the United States Patent & Trademark Office ("PTO") duly and

15  lawfully issued the '475 Patent, for "Fire Rated Glass Flooring," to Michael Scott Rae of

16  Cambridge, England, United Kingdom.  A true and correct copy of the '475 Patent is attached

17  hereto as **Exhibit 1**.

18         10.     The '475 Patent discloses and claims fire rated glass flooring.  The patented

19  flooring has a first layer of glass comprising structural glass positioned above a second layer of

20  glass comprising fire rated glass.  The flooring includes at least one load transferring means

21  between these first and second layers of glass, together with a structural frame supporting the

22  flooring.  The load transferring means transfers any load that is applied to the first layer of glass,

23  such as when people walk across the flooring, and transfers this load to the structural frame,

24  bypassing the second layer of glass (and thereby reducing or minimizing the load placed on the

25  second layer of glass).

26         11.     By virtue of an Assignment executed on June 9, 2008, a copy of which was duly

27  and legally recorded with the PTO on July 28, 2008 at Reel 021297, frame 0524, Ely is the owner

28

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

1   of all right, title and interest in the '475 Patent, including the right to bring suit for infringement.

2   The '475 Patent is valid and enforceable and has not expired.

3         12.    Fire rated glass flooring within the scope of the claims of the '475 Patent is

4   recognized in the market as providing superior performance and durability, particularly as the load

5   transferring means is configured to have a horizontal portion that supports the first layer of glass

6   (which comprises structural glass), and a vertical portion that transfers load from that first layer of

7   glass directly to a structural frame, thereby reducing load on the second layer of glass (which

8   comprises fire rated glass).

9         13.    Greenlite is Ely's exclusive licensee under the '475 Patent.

10  **O'KEEFFE'S INFRINGEMENT**

11        14.    On information and belief, on or before October 9, 2014, O'Keeffe's began

12  manufacturing, offering for sale and/or selling fire rated glass flooring that fell within the scope of

13  one or more claims of the '475 Patent, including independent claims 1 and 24 and dependent

14  claims 2, 5-8, , 11-13, 16, 21, 25, 26, and 28 under the name "GPX FireFloor System." A page

15  from O'Keeffe's safti.com website describing the "GPX FireFloor System" is attached hereto at

16  **Exhibit 2**.

17        15.    The GPX FireFloor System was and is being manufactured, sold and/or offered for

18  sale by O'Keeffe's without authorization from Ely.

19        16.    On or about February 28, 2018, counsel for Ely sent a letter ("the February 28th

20  letter") to William O'Keeffe, CEO of O'Keeffe's, informing him that Ely had become aware that

21  fire rated glass flooring manufactured, offered for sale and/or sold by O'Keeffe's and falling

22  within the scope of the claims of the '475 Patent had been installed and was being used in the

23  United States, all without authorization from Ely. The February 28th letter included claim charts

24  comparing O'Keeffe's GPX FireFloor System with claims 1, 2, 5-8, 11-16 and 24-32 of the '475

25  Patent. The February 28th letter also requested O'Keeffe's to provide written assurance that it had

26  ceased selling fire rated glass flooring that fell within the scope of the claims of the '475 Patent. A

27  true and correct copy of the February 28th letter is attached hereto as **Exhibit 3**.

28

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

17.     On or about March 22, 2018, O'Keeffe's attorney, Theodore J. Bielen, Jr., responded in writing to the February 28th letter on behalf of O'Keeffe's and denied infringement of all claims of the '475 Patent.

18.     On information and belief, O'Keeffe's has continued to manufacture, offer for sale and sell fire glass rated flooring that infringes one or more claims of the '475 Patent under the name "GPX FireFloor System" since receiving the February 28th letter.

## COUNT 1: DIRECT INFRINGEMENT OF U.S. PATENT NO. 7,694,475

19.     Plaintiffs hereby re-allege and incorporate by reference, as if fully set forth herein, each and every allegation set forth in paragraphs 1-18 above.

20.     O'Keeffe's has infringed and is currently infringing the '475 Patent by making, having made, selling and/or offering for sale, and/or importing in the United States fire rated glass flooring falling within the scope of one or more claims of the '475 Patent, including products sold by O'Keeffe's under the name "GPX FireFloor System," without authority from Ely.

21.     O'Keeffe's has directly infringed at least claims 1, 2, 5-8, 11-13, 16, 21, 24-26, and 28 of the '475 Patent within the prohibitions of at least 35 U.S.C. § 271(a), and continues to do so.

22.     O'Keeffe's direct infringement of the '475 has injured and continues to injure Plaintiffs in an amount to be proven at trial, but not less than a reasonable royalty.

23.     Despite O'Keeffe's knowledge of the '475 Patent and its infringing activities, since at least February 28, 2018, O'Keeffe has continued to manufacture, sell and offer for sale fire rated glass flooring falling within the scope of one or more claims of the '475 Patent, including products sold by O'Keeffe's under the name "GPX FireFloor System," without authority from Ely.  O'Keeffe has therefore acted recklessly and O'Keeffe's direct infringement of the '475 Patent has been willful, egregious, deliberate and intentional, justifying an award to Plaintiffs of increased damages and attorneys' fees and costs.

24.     Even after having been shown how its products infringe claims 1, 2, 5-8, 11-16 and 24-32 of the '475 Patent, on information and belief, O'Keeffe's has made no effort to alter its products or otherwise attempt to design around the claims of the '475 Patent in order to avoid

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

infringement. These actions demonstrate O'Keeffe's blatant and egregious disregard for Plaintiffs' patent rights.

25.     As a result of O'Keeffe's unlawful activities, Plaintiffs have suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law. O'Keeffe's continued direct infringement of the '475 Patent causes harm to Plaintiffs in the form of price erosion, loss of goodwill, damage to reputation, loss of business opportunities, lost profits, inadequacy of monetary damages, and direct and indirect competition. Monetary damages are insufficient to compensate Plaintiffs for these harms. Accordingly, Plaintiffs are entitled to preliminary and permanent injunctive relief.

## COUNT 2: INDIRECT INFRINGEMENT OF U.S. PATENT NO. 7,694,475

26.     Plaintiffs hereby re-allege and incorporate by reference, as if fully set forth herein, each and every allegation set forth in paragraphs 1-25 above.

27.     O'Keeffe's has induced and continues to induce others to infringe the '475 Patent by knowingly and actively aiding and abetting others in the United States to install fire rated glass flooring falling within the scope of one or more claims of the '475 Patent, including products sold by O'Keeffe's under the name "GPX FireFloor System," without authority from Ely. O'Keeffe's knowingly and actively aided and abetted others to infringe the '475 Patent by instructing and encouraging its customers, and/or their employees, agents and/or contractors, to install fire rated glass flooring, including the products sold by O'Keeffe's under the name "GPX FireFloor System," in a manner that would infringe one or more claims of the '475 Patent.

28.     O'Keeffe's instruction and encouragement included and includes, but is not limited to, the following: (i) advising third parties to install fire rated glass flooring, such as products sold by O'Keeffe's under the name "GPX FireFloor System," in a manner that infringe one or more claims of the '475 Patent; (ii) advertising, marketing and/or promoting the installation of fire rated glass flooring, such as the products sold by O'Keeffe's under the name "GPX FireFloor System," in a manner that would infringe one or more claims of the '475 Patent; and/or (iii) distributing guidelines, instructions, specifications, drawings, schematics, diagrams, and/or plans to third parties on how to install fire rated glass flooring, such as the products sold by O'Keeffe's under

the name "GPX FireFloor System," in a manner that would infringe one or more claims of the '475 Patent.

29. O'Keeffe's has contributed to others' infringement of the '475 Patent by selling and/or offering to sell in the United States one or more components of fire rated glass flooring falling within the scope of one or more claims of the '475 Patent, including products sold by O'Keeffe's under the name "GPX FireFloor System," without authority from Ely but with knowledge that such component(s) is (are) especially made and/or adapted for use in an infringement of the '475 Patent.

30. O'Keeffe's has indirectly infringed at least claims 1, 2, 5-8, 11-13, 16, 21, 24-26, and 28 of the '475 Patent within the prohibitions of at least 35 U.S.C. § 271(b) and (c), and continues to do so.

31. O'Keeffe's indirect infringement of the '475 has injured and continues to injure Plaintiffs in an amount to be proven at trial, but not less than a reasonable royalty.

32. Despite O'Keeffe's knowledge of the '475 Patent and its infringing activities, since at least February 28, 2018, O'Keeffe has continued to manufacture, sell and offer for sale components of fire rated glass flooring falling within the scope of one or more claims of the '475 Patent, including products sold by O'Keeffe's under the name "GPX FireFloor System," without authority from Ely. O'Keeffe has also continued to instruct and encourage others to install fire rated glass flooring in a manner that would infringe one or more claims of the '475 Patent, including products sold by O'Keeffe's under the name "GPX FireFloor System," without authority from Ely. O'Keeffe has therefore acted recklessly and O'Keeffe's indirect infringement of the '475 Patent has been willful, egregious, deliberate and intentional, justifying an award to Plaintiffs of increased damages and attorneys' fees and costs.

33. Even after having been shown how its products infringe claims 1, 2, 5-8, 11-16 and 24-32 of the '475 Patent, on information and belief, O'Keeffe's has made no effort to alter its products or otherwise attempt to design around the claims of the '475 Patent in order to avoid infringement. These actions demonstrate O'Keeffe's blatant and egregious disregard for Plaintiffs' patent rights.

1       34.     As a result of O'Keeffe's unlawful activities, Plaintiffs have suffered and will

2  continue to suffer irreparable harm for which there is no adequate remedy at law.  O'Keeffe's

3  continued indirect infringement of the '475 Patent causes harm to Plaintiffs in the form of price

4  erosion, loss of goodwill, damage to reputation, loss of business opportunities, lost profits,

5  inadequacy of monetary damages, and direct and indirect competition.  Monetary damages are

6  insufficient to compensate Plaintiffs for these harms.  Accordingly, Plaintiffs are entitled to

7  preliminary and permanent injunctive relief.

8  **PRAYER FOR RELIEF**

9      WHEREFORE, Plaintiffs respectfully request that this Court grant the following relief:

10     A.     An entry of judgment for Plaintiffs and against O'Keeffe's holding that O'Keeffe's

11 has directly and indirectly infringed the '475 Patent;

12     B.     Preliminary and permanent injunctions against O'Keeffe's, and its officers,

13 directors, principals, agents, sales representatives, servants, employees, successors, assigns,

14 affiliates, divisions, subsidiaries, and all those acting in concert or participation with them, from

15 directly infringing, inducing infringement and/or contributing to the infringement of any claim of

16 the '475 Patent pursuant to 35 U.S.C. § 283;

17     C.     An award to Plaintiffs of damages adequate to compensate Plaintiffs for O'Keeffe's

18 past direct infringement of the '475 Patent, including an award of lost profits and/or a reasonable

19 royalty;

20     D.     An award to Plaintiffs of damages adequate to compensate Plaintiffs for O'Keeffe's

21 past indirect infringement of the '475 Patent, including an award of lost profits and/or a reasonable

22 royalty;

23     E.     A determination that O'Keeffe's direct and indirect infringement of the '475 Patent

24 has been willful, wanton, and deliberate and that damages against it be increased up to three times

25 pursuant to 35 U.S.C. § 284 on this basis and/or any other basis appropriate under the law;

26     F.     A determination that Plaintiffs are the prevailing party and therefore entitled to its

27 taxable costs;

28

G.   A finding that this case is "exceptional" and an award to Plaintiffs of their costs and reasonable attorneys' fees pursuant to 35 U.S.C. § 285;

H.   An accounting of all infringing sales and installations, and all revenue attributable thereto, together with pre- and post-judgment interest from the date of first infringement of the '475 Patent; and

I.   Such further and other relief as the Court may deem just and proper.

DATED:  May 13, 2019                    SIDEMAN & BANCROFT LLP


By:        /s/ Guy W. Chambers
           Guy W. Chambers
           Attorneys for Plaintiffs
           ELY HOLDINGS LIMITED and
           GREENLITE GLASS SYSTEMS INC.

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

## JURY DEMAND

Pursuant to Civ. L.R. 3-6 and Fed. R. Civ. Proc. 38, Plaintiffs Ely Holdings Limited and Greenlite Glass Systems Inc. hereby demand a trial by a jury on all issues herein so triable.

DATED:  May 13, 2019                    SIDEMAN & BANCROFT LLP


By:  _____/s/ Guy W. Chambers_____
    Guy W. Chambers
    Attorneys for Plaintiffs
    ELY HOLDINGS LIMITED and
    GREENLITE GLASS SYSTEMS INC.

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

# Exhibit 1



US007694475B2

(12) **United States Patent** (10) Patent No.: **US 7,694,475 B2**

Rae (45) **Date of Patent:** **Apr. 13, 2010**

(54) **FIRE RATED GLASS FLOORING**

(75) Inventor: **Michael Scott Rae**, Saffron Walden (GB)

(73) Assignee: **Wilde Contracts Limited**, Oldham (GB)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1520 days.

(21) Appl. No.: **10/471,203**

(22) PCT Filed: **Mar. 11, 2002**

(86) PCT No.: **PCT/GB02/01113**

§ 371 (c)(1),
(2), (4) Date: **Feb. 24, 2004**

(87) PCT Pub. No.: **WO02/072970**

PCT Pub. Date: **Sep. 19, 2002**

(65) **Prior Publication Data**

US 2004/0134150 A1 Jul. 15, 2004

(30) **Foreign Application Priority Data**

| Mar. 10, 2001 | (GB) | ................................. | 0105991.4 |
| May 3, 2001 | (GB) | ................................. | 0110820.8 |
| Dec. 14, 2001 | (GB) | ................................. | 0129904.9 |

(51) **Int. Cl.**
    *E04B 5/02* (2006.01)
    *E04B 5/18* (2006.01)
    *E04B 5/21* (2006.01)
    *E04B 5/46* (2006.01)

(52) **U.S. Cl.** .................. **52/263**; 52/506.04; 52/506.06; 52/506.03; 52/387

(58) **Field of Classification Search** ................. 52/204.6, 52/204.5, 263, 506.06, 506.01, 204.1, 506.03, 52/506.04, 507, 384–385, 387, 390, 392; 65/60.5, 104, 116, 114; 428/45–46, 210, 428/441

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 2,403,369 A | * | 7/1946 | Huber, Jr. | ................... | 52/307 |
| 3,560,316 A | * | 2/1971 | Gill | ........................... | 428/174 |

(Continued)

FOREIGN PATENT DOCUMENTS

DE 299 11 069 12/2000

(Continued)

OTHER PUBLICATIONS

European Patent Application 0396075 A1, Innovative Building Products, Inc, in Ventor: Taylor, Publication Date: Nov. 7, 1990.*

(Continued)

*Primary Examiner*—Jeanette Chapman
(74) *Attorney, Agent, or Firm*—Banner & Witcoff, Ltd.

(57) **ABSTRACT**

A fire rated glass flooring system comprising a first layer of glass which is a structural glass and a second layer of glass which is a fire rated glass, together with a structural frame supporting the flooring system, wherein the two layers of glass are positioned one above the other and are separated by at least one load transferring means. The flooring system is more aesthetic than conventional frames as the user of a load transferring means allows the first and second layers of glass to be brought closer together and hence the structural frame supporting the system is less visible through the system.

**35 Claims, 7 Drawing Sheets**



### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,586,299 | A | * | 5/1986 | Bayer ........................ 52/79.7 |
| 4,638,613 | A | * | 1/1987 | Tonsmann .................. 52/235 |
| 4,834,829 | A | * | 5/1989 | Ash et al. .................. 156/382 |
| 4,999,964 | A | * | 3/1991 | Taylor ........................ 52/477 |
| 5,027,567 | A | * | 7/1991 | Roberts ........................ 52/57 |
| 5,216,855 | A | * | 6/1993 | Richter et al. ................. 52/200 |
| 5,496,621 | A | * | 3/1996 | Makita et al. .............. 428/216 |
| 5,715,636 | A | * | 2/1998 | Taylor ........................ 52/308 |
| 5,910,620 | A | * | 6/1999 | O'Keeffe et al. ............. 65/60.5 |
| 6,105,319 | A | * | 8/2000 | Brunt .................. 52/204.593 |
| 6,413,618 | B1 | * | 7/2002 | Parker et al. ............. 428/195.1 |
| 6,446,404 | B1 | * | 9/2002 | Bassin ........................ 52/385 |

2004/0053057 A1 * 3/2004 Hashibe et al. ............. 428/426

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 319 695 | 6/1989 |
| FR | 2 723 123 | 2/1996 |
| GB | 2 289 076 | 11/1995 |

### OTHER PUBLICATIONS

German Publication DE 32 34 348 A1, Inventor: Schuller, Mar. 22, 1984.*

English abstract of DE 299 11 069.

English abstract of EP 0 319 695.

English abstract of FR 2 723 123.

* cited by examiner



*Fig. 1*



*Fig. 2*



*Fig. 3*



*Fig. 4*



*Fig. 5*



*Fig. 6*



*Fig. 7*

1

# FIRE RATED GLASS FLOORING

This application is a National Stage application of co-pending PCT application PCT/GB02/01113 filed Mar. 11, 2002, which was published in English under PCT Article 21(2) on Sep. 19, 2002, which claims the benefit of GB application no. 0105991.4 filed Mar. 10, 2001; GB application no. 0110820.8 filed May 3, 2001 and GB application no. 0129904.9 filed Dec. 14, 2001. These applications are incorporated herein by reference in their entireties.

The present invention relates to fire rated glass flooring.

There are two principal fire rated glass flooring systems available at the present time. The first system is a double layer system comprising a fire rated glass and a structural glass, wherein the fire rated glass is supported by a first structure positioned at the bottom of a deep steel beam. The top of the beam supports the structural glass, which can be walked upon. The beam can be "I" section, box section or can be made up of two "T" section beams bolted or welded together.

This double layer system is expensive and its fire insulation capacity is limited to 30 minutes. Furthermore the system is aesthetically unappealing. The need to distance the two layers of glass by the depth of the beam means that when walking on the floor it is possible to see the beam and the first support structures through the structural glass. Furthermore the depth of the beam obscures the view through the glass floor to a large extent if a person walking on the floor looks through the floor at an angle rather than straight down.

The second system is a single layer system wherein the glass used is a multi laminate glass. The single layer system is limited to 30 minutes fire insulation and 30 minutes integrity. If the top sheet of the laminate is broken in use, the whole sheet needs to be replaced. Laminate glass is expensive.

Accordingly, there remains the need for a highly insulating, tough and aesthetic fire rated glass flooring.

Accordingly the present invention provides a fire rated glass flooring system comprising a first layer of glass and a second layer of glass, the two layers being positioned one above the other and separated by at least one load transferring means together with a structural frame supporting the flooring system, wherein the first layer of glass is a structural glass and the second layer of glass is a fire rated glass.

The use of the load transferring means allows the first and second layers of glass to be brought closer together. The load applied to the first layer bypasses the second layer and is transferred directly to the structural frame, allowing the structural frame to support the second layer and bear the load applied to the first layer. In the prior art double layer system a load transferring means was not included and therefore one portion of the structural frame bore the load from the first layer of glass and a separate portion of the structural frame supported the second layer of glass.

Preferably the first and second layers of glass are spaced less than 50 mm apart, more preferably less than 40 mm apart and most preferably 30 mm, 28 mm, 20 mm, 13.5 mm or 10 mm apart. The spacing is measured from the upper surface of the second layer to the lower surface of the first layer.

As the first and second layers of glass are brought closer together the structural frame is less visible through the glass flooring system of the present invention than in the existing systems, giving a more aesthetic flooring system. Furthermore as the first and second layers of glass are separated by at least one load transferring means rather than a deep beam the view through the floor is not obscured to such an extent when a person walking on the floor looks through it at an angle rather than straight down.

2

Preferably the first layer (which comprises structural glass) is positioned above the second layer (which comprises fire rated glass). The first and second layers are parallel to each other. The provision of the structural glass layer above the fire rated glass layer is so that in use the structural, load bearing glass layer is on top to bear the load applied thereto and the fire rated glass layer is below to delay the spread of fire.

A suitable type of structural glass is multi-laminated glass sheet made up of layers of float glass, heat strengthened glass and fully toughened glass bonded together using poly vinyl butyril or a resin. A particularly suitable glass of this type is Eckelt LITEFLOOR 33 mm triple laminate glass bonded together with poly vinyl butyril.

Particularly suitable fire rated glass includes sgg CONTRAFLAM®-N2 39 mm thick, sgg CONTRAFLAM® LITE 17 mm thick and sgg CONTRAFLAM® EI30 21 mm thick and 17 mm thick, although other fire rated glasses can be used depending on their fire rating properties.

The first and second layers preferably each comprise a number of co-extensive sheets of glass. The structural frame preferably comprises a number of beams and cross members positioned to support the sheets of glass forming the first and second layers.

In a first embodiment of the present invention the or each load transferring means preferably comprises a first portion for bearing the load applied to the first layer of glass and a second portion for transmitting the load applied to the first layer of glass to the structural frame.

The first portion in use is preferably horizontal and extends parallel to and between the first and second layers of glass. The second portion in use is preferably vertical and extends upwardly from the structural frame. The first portion is preferably perpendicular to and is in load transferring contact with the second portion. Most preferably the first portion is received in a corresponding slot in the second portion. The slot is preferably vertical and elongated to allow for adjustment of the height of the first portion.

The first portion of the load transferring means is preferably a portion of a glazing bar, most preferably a 30 mm×20 mm mild steel (MS) bar. The load transferring means may be made of other suitable materials, for example aluminium or of different dimensions or cross sections, for example box section, depending on the situation.

The second portion of the load transferring means is preferably one or a number of metal strips extending upwardly from the structural frame along the length thereof, most preferably a single steel strip having a height of 60-70 mm. The strip is preferably welded to the structural frame.

The first portion of the load transferring means is preferably insulated from the first and second layers of glass by appropriate materials.

The second layer of glass is preferably supported directly by the structural frame. An insulating material is preferably provided between the second layer of glass and the structural frame.

In a second embodiment of the present invention the or each load transferring means is preferably located on the structural frame and is of size and shape such that the first layer of glass is supported by the or each load transferring means.

In a first aspect of the second embodiment, the second layer of glass is supported by the frame leaving a small gap between the layers.

The or each load transferring means is preferably a box shape, more preferably a steel box. The load transferring means may be a solid steel box or a hollow steel box and is most preferably a 50 mm×25 mm solid steel box or a 50

3

mm×30 mm hollow steel box, depending on the type and thickness of fire rated glass used.

The first and second layers of glass are preferably insulated from the box by appropriate materials.

The second layer of glass is preferably supported directly by the frame. An insulating material is preferably provided between the second layer of glass and the beam.

A weighting means may be provided above the second layer of glass. Preferably the weighting means is above both the second layer of glass and the load transferring means. The weighting means preferably extends over the width of the load transferring means, more preferably over the width of the frame. It is preferred that the weighting means is attached to the load transferring means, preferably by means of a screw such as a self-tapping screw.

Preferably the weighting means is a plate, preferably a mild steel (MS) plate, most preferably a 3 mm thick mild steel plate.

In a second aspect of the second embodiment, the second layer of glass is suspended from the first layer of glass leaving a small gap between the layers.

The or each load transferring means is preferably a box shape, preferably a steel box, more preferably a hollow steel box and most preferably a 15 mm×35 mm rolled hollow steel box.

The first layer of glass is preferably insulated from the load transferring means by appropriate materials.

The second layer of glass is preferably attached to the first layer of glass by connecting means such as means known for connecting two layers of glass, for example by means known in double glazing systems. Preferably, the second layer of glass is attached to the first layer of glass by means of a bar such as a glazing bar and structural silicone.

It is preferred that the second layer of glass is insulated from the structural frame, preferably by fire rated material such as ceramic tape.

In a third embodiment of the present invention the or each load transferring means together with the structural frame form a C shape, with the first layer of glass being supported by the or each load transferring means and the second layer of glass being supported by the structural frame.

The lower horizontal section of the C shape is preferably formed by the structural frame. The upper horizontal section of the C shape is preferably formed by the load bearing means and in use is between the first and second layers of glass.

Preferably, the load transferring means comprises two sections: a first portion for bearing the load applied to the first layer of glass and a second portion for transmitting the load applied to the first layer of glass to the structural frame. The second portion is preferably integral with the structural frame. The first portion may be integral with the second portion, may be attached directly to the second portion or may be attached indirectly to the second portion via a connecting means. If the first portion is indirectly attached to the second portion, it should be adapted such that in use it cannot significantly rotate. For example, it may be of a size and shape such that it will not significantly rotate, or a component may be placed at a location below the first portion suitable to prevent any significant rotation.

The first portion is preferably a box shape, preferably a steel box, more preferably a hollow steel box and most preferably a 35 mm×15 mm hollow steel box.

The first portion is preferably attached to the second portion by a connecting means. The connecting means is preferably a plate, preferably a mild steel plate, and most preferably a 3 mm thick mild steel plate. The connecting means is attached to both the first portion and the second portion;

4

preferably the connecting means is welded to the first portion and is attached to the second portion by means of a screw such as a self-tapping screw.

The first and second layers of glass are preferably insulated from the box by appropriate materials.

The second layer of glass is preferably supported directly by the frame. An insulating material is preferably provided between the second layer of glass and the beam.

The system of the third embodiment may suitably be used in combination with either the system of the first embodiment or the system of the second embodiment. For example, where there are a number of co-extensive sheets of glass in the first and second layers the system of the third invention may be used at the outer edges of the glass flooring, with the system of the second invention being used where the sheets of glass meet.

Preferably, the system of the third embodiment is used to form a square frame around the outer edges of each glass panel used. For example, where there are a number of co-extensive sheets of glass in the first and second layers a square frame comprising systems according to the third embodiment may be used around each glass panel, with a further frame supporting the complete system. Alternatively, where only one glass panel is involved, for example where an individual piece of glass is being inserted into a floor, a square frame comprising systems according to the third embodiment may be used around the glass panel.

The system of the second aspect of the second embodiment may be used in a similar manner to that described above for the third embodiment.

Throughout the specification, the terms box and box shape should be understood to refer to a substantially square or rectangular elongate member.

Embodiments of the present invention will now be described in more detail with reference to the figures, in which:

FIG. 1 shows a cross section through a first prior art fire rated glass-flooring system;

FIG. 2 shows a cross section through a second prior art fire rated glass-flooring system;

FIG. 3 shows a cross section through a first embodiment of a fire rated glass-flooring system of the present invention;

FIG. 4 shows a cross section through a first aspect of a second embodiment of a fire rated glass-flooring system of the present invention;

FIG. 5 shows a cross section through a modified form of the system of FIG. 4;

FIG. 6 shows a cross section through a second aspect of a second embodiment of a fire rated glass-flooring system of the present invention; and

FIG. 7 shows a cross section through a third embodiment of a fire rated glass flooring system of the present invention.

FIG. 1 shows a double layer prior art fire rated flooring-system. The system comprises a steel beam 1 of "I" section supporting on its upper end 1a two sheets 2, 3 of structural glass. The sheets of glass 2, 3 are supported on the upper end 1a of the beam 1 above the longitudinal portion 1b of the beam 1. The sheets of structural glass 2, 3 are spaced apart by means of a steel plate 50 and attached to opposite sides of the plate by means of a silicone sealant shown schematically at 51.

The lower end 1c of the beam 1 has attached to it and extending outwardly from both edges means to support fire rated glass sheets 4, 5. The fire rated glass sheets 4, 5 are held in position extending outwardly from, and parallel to, the lower end 1c of the beam 1 by means of clamps 6 mounted on mounting blocks 7 which are of square section to allow the

5

clamp to be adjusted. The mounting blocks **7** are secured to the edges of the lower end **1**c of the beam **1** by nuts and bolts **8**.

The system described in relation to FIG. 1 was originally developed by EAG Firemaster using Pilkington PYROSTOP® glass.

FIG. 2 shows a single layer prior art fire rated flooring system. The system comprises a steel beam **11**, which comprises two beams **12**, **13**, each of rectangular section, positioned one on top of the other. Laminated glass sheets **14**, **15** are supported by the top surface **11**a of the beam **11** and extend outwardly from, and parallel to, the top surface **11**a. The laminated sheets **14**, **15** are spaced apart by means of a joining strip **17** and held in position by a clamping screw **16**, which passes through the joining strip **17** and is received in a screw threaded aperture **18** in an extension of the upper surface **11**a of the beam **11**.

The system shown in FIG. 2 is available from the French company Preciver.

FIG. 3 shows a first embodiment of the double layer fire rated flooring system of the present invention. The system comprises a steel beam **21** of rectangular cross section. The beam **21** is 150 mm×100 mm×8 mm rolled hollow section (RHS) steel and cross members used to create a floor are 80 mm×80 mm×6.3 mm RHS steel. The beam and cross members are secured together by the use of rollers having screw threaded holes in either end to receive screws. The rollers pass through elongate slots provided in the beams and the cross members to secure them together in a manner that allows expansion and contraction in the event of a fire (not shown).

The beam is used with its shorter sides forming the top **22** and bottom **23** surfaces. A strip of 8 mm thick steel **24** is welded to the centre of the top surface **22** of the beam **21** extending along the length of the beam **21**. The strip of steel has elongate slots **25** drilled in it along its length at spacing of 400 mm centre to centre.

Sheets of fire rated glass **26**, **27** are positioned extending outwardly from, and are supported by, the beam **21** with one sheet of glass positioned on each side of the steel strip **24**. A suitable fire rated glass is sgg-CONTRAFLAM®-90-N2 39 mm thick, which provides up to 90 minutes fire insulation and integrity when horizontal. The sheets of glass **26**, **27** are isolated from the beam **21** by a fire rated filling material **28**a such as KERAFIX ceramic fibre tape and from the steel strip **24** by a fire rated filling material **29** such as KERAFIX soft blanket and intumescent paper.

30 mm×20 mm mild steel glazing bars **30** pass through the slots **25** and are isolated from the fire rated glass sheets **26**, **27** by filling material **28**b, such as KERAFIX ceramic fibre tape, but hold the sheets **26**, **27** in place. The glazing bars **30** are drilled and tapped to take countersunk studs (not shown) passing through the steel strip **24** at designated centres to take applied loading.

Silicone pads **31** are placed on top of the glazing bars **30** and structural glass sheets **32**, **33** are placed on top of the silicone pads **31** parallel to the fire rated sheets **26**, **27** and with the edges of the sheets **32**, **33** being in line with the steel strip **24**. Suitable structural glass is Eckelt LITEFLOOR 33 mm triple laminate glass bonded together with poly vinyl butyril. This glass can take loads in excess of 5.0 kN per metre square. The space between the sheets **32**, **33** is filled with a solid silicone strip **34** and topped with a silicone sealant **35**.

All exposed steelwork is painted with intumescent paint.

The sheets of fire rated glass are spaced apart from the sheets of structural glass by approximately 30 mm as the

6

glazing bar has a thickness of 20 mm, the KERAFIX tape has a thickness of 4 mm and the silicone strip has a thickness of 6 mm.

FIG. 4 shows a second embodiment of the present invention. The system comprises a steel beam **41** having a T shaped cross-section. The vertical section **41**a of the beam **41** is 127 mm tall and 14 mm thick. The horizontal section **41**b is 110 mm wide and 10 mm thick. The vertical section **41**a is integral with the horizontal section **41**b, the sections joining at the centre of the horizontal section **41**b. There are cross members as those discussed in relation to FIG. 3.

A steel box **44** runs the length of the beam and is located in the centre of the horizontal section of the beam **41**b. The box is of solid steel of dimensions 50 mm wide and 25 mm tall.

The sheets of fire rated glass **46**, **47** are positioned extending outwardly from, and supported by, the beam **41** with one sheet of glass positioned on each side of the steel box **44**. A suitable fire rated glass is sgg CONTRAFLAM® LITE 17 mm thick. Each sheet of fire rated glass **46**, **47** is isolated from the beam by a fire rated filling material **48** such as KERAFIX ceramic fibre material 4 mm thick. A strip of this tape is also applied to the top of the glass sheet. As the tape **48** is 4 mm thick, and as the steel box **44** is 25 mm tall and the fire rated glass **46**, **47** is 17 mm thick, the glass with tape on both sides is the same height as the box, as can be seen in FIG. 4. The fire rated glass sheets **46**, **47** are also isolated from the steel box **44** by insulating paper **49** such as KERAFIX bläh papier **43**.

Silicone pads **50** of 6 mm thickness are placed on top of the box and extending to the width of the beam, resting on the filling material **48**. The structural glass sheets **42**, **43** are placed on top of the silicon pads **50** parallel to the fire rated glass sheets **46**, **47**. The edges of the sheets do not touch but are isolated from each other by a further silicon pad **45** topped with a silicon sealant **51**. Suitable structural glass is Eckelt LITEFLOOR 33 mm triple laminate glass bonded together with poly vinyl butyril. This glass can take loads in excess of 5.0 kN per metre square.

Again, all exposed steelwork is painted with intumescent paint.

The sheets of fire rated glass are spaced apart from the sheets of structural glass by approximately 10 mm as the KERAFIX tape has a thickness of 4 mm and the silicon pad has a thickness of 6 mm.

FIG. 5 shows a modified form of the second embodiment of the present invention. The system comprises a steel beam **61** having a T shaped cross-section. The vertical section **61**a of the beam **61** is 127 mm tall and 14 mm thick. The horizontal section **61**b is 110 mm wide and 10 mm thick. The vertical section **61**a is integrated with the horizontal section **61**b, the sections joining at the centre of the horizontal section **61**b. There are cross members as those discussed in relation to FIG. 3.

A hollow steel box **64** runs the length of the beam and is located in the centre of the horizontal section of the beam **61**b. The box is 50 mm wide and 30 mm tall.

The sheets of fire rated glass **66**, **67** are positioned extending outwardly from, and supported by, the beam **61** with one sheet of glass positioned on each side of the hollow box **64**. A suitable fire rated glass is sgg CONTRAFLAM® EI30, with a thickness of 21 mm. Each sheet of fire rated glass **66**, **67** is isolated from the beam by a fire rated filling material **68** such as KERAFIX ceramic fibre tape 4.5 mm thick. A strip of this tape is also applied to the top of the glass sheet. As the filling material **68** is 4.5 mm thick, the hollow box **64** is 30 mm high and the fire rated glass **66**, **67** is 21 mm thick, the glass with filling material on both sides is the same height as the box, as

can be seen in FIG. 5. The fire rated glass sheets 66, 67 are also isolated from the hollow box 64 by insulating paper 69 such as KERAFIX bläh papier 43.

A mild steel plate 72 of thickness 3 mm is attached to the top of the box 64 by means of a self-tapping screw 73. The plate extends to the width of the beam, resting on the filling material 68. Silicone pads 70 of 6 mm thickness are placed on top of the plate, covering the width of the plate.

Structural glass sheets 62, 63 are placed on top of the silicon pads 70 parallel to the fire rated glass sheets 66, 67. The edges of the sheets do not touch but are isolated from each other by a further silicon pad 65 topped with a silicon sealant 71. Suitable structural glass is Eckelt LITEFLOOR 33 mm triple laminate glass bonded together with polyvinyl butyril. This glass can take loads in excess of 5.0 kN per metre square.

As in the previous embodiments, all exposed steelwork is painted with intumescent paint.

The sheets of fire rated glass are spaced apart from the sheets of structural glass by approximately 13.5 mm as the KERAFIX tape has a thickness of 4.5 mm, the mild steel plate has a thickness of 3 mm and the silicon pad has a thickness of 6 mm.

FIG. 6 shows a variant of the second embodiment of the present invention. The system comprises a mild steel beam 74, which is 45 mm wide and 6 mm thick. There are cross members as those discussed in relation to FIG. 3.

A hollow box 75 is attached to the beam 74 and runs from one edge of the beam 74 towards the centre of the beam 74. The box 75 is of rolled hollow steel and has a width of 15 mm, a depth of 45 mm and a height of 35 mm. The box 75 is preferably welded to the beam 74 using intermittent welds.

Silicone pads 76 of 6 mm thickness are placed on top of the box 75. A structural glass sheet 77 is placed on top of the silicon pads 76, extending outwardly from and supported by the box 75 and parallel to the beam 74. Suitable structural glass is Eckelt LITEFLOOR 24 mm triple laminate glass bonded together with polyvinyl butyril.

A sheet of fire rated glass 78 is attached to and supported from the structural glass 77. The fire rated glass 78 runs between and parallel to the structural glass 77 and the beam 74, from a point approximately half way along the beam 74 such that there is a gap between the box 75 and the fire rated glass sheet 78 of 8 mm. A suitable fire rated glass is sgg CONTRAFLAM® EI30 17 mm thick. The fire rated glass sheet 78 is attached to the structural glass sheet 77 by means of a glazing bar 80 and structural silicone 81. The glazing bar 80 is of dimensions 20 mm high and 7 mm wide.

The fire rated glass sheet 78 is isolated from the beam 74 by a fire rated filling material 79 such as KERAFIX ceramic fibre tape 4 mm thick. As the tape is 4 mm thick, the fire rated glass 78 is 17 mm thick and the glazing bar 80 is 20 mm high, and the box 75 is 35 mm tall and the silicone pad 76 6 mm thick, the glass with tape beneath and glazing bar above is the same height as the box with the silicone pad above, as can be seen in FIG. 6.

Again, all exposed steelwork is painted with intumescent paint.

The sheet of fire rated glass 78 is spaced apart from the sheet of structural glass 77 by approximately 20 mm as the height of the glazing bar 80 suspending the fire rated glass 78 from the structural glass 77 is 20 mm.

FIG. 7 shows a third embodiment of the present invention. The system comprises a steel beam 90 having an L shaped cross section. The vertical section 90a of the beam is 50 mm tall and 6 mm thick. The horizontal section 90b of the beam is 41 mm wide and 6 mm thick. The vertical section 90a is integrated with the horizontal section 90b. The horizontal

section 90b of the beam is provided with cross members as those discussed in relation to FIG. 3.

A mild steel plate 82 of thickness 3 mm extends outwardly from the top of the vertical section 90a of the beam, substantially parallel to the horizontal section 90b of the beam. The mild steel plate extends to the width of the horizontal section 90b of the beam and is attached to the top of the vertical section of the beam by means of a self-tapping screw 83.

A rolled steel hollow box 84 of width 35 mm and height 15 mm is stitch welded to the bottom face of the mild steel plate 82. The box is adjacent to the vertical beam 90a and extends to the outer edge of the plate 82.

The sheet of fire rated glass 85 is positioned between the horizontal beam 90b and the hollow box 84, extending outwardly from, and supported by, the horizontal beam 90b. A suitable fire rated glass is sgg CONTRAFLAM® EI30, with a thickness of 21 mm. The fire rated glass 85 is isolated from the horizontal beam 90b by a fire rated filling material 86 such as KERAFIX ceramic fibre tape 4 mm thick. A strip of this tape is also applied to the top of the glass sheet to separate it from the hollow box 84. The fire rated glass sheet 85 is also isolated from the vertical beam 90a by insulating paper 87 such as KERAFIX bläh papier 43.

Silicone pads 88 of 6 mm thickness are placed on top of the mild steel plate, extending to the width of the plate. The structural glass sheet 89 is placed on top of the silicon pads 88 parallel to the fire rated glass sheet 85. Suitable structural glass is Eckelt LITEFLOOR 33 mm triple laminate glass bonded together with polyvinyl butyril. This glass can take loads in excess of 5.0 kN per metre square.

As in the previous embodiments, all exposed steelwork is painted with intumescent paint.

The sheet of fire rated glass is spaced apart from the sheet of structural glass by approximately 28 mm as the KERAFIX tape has a thickness of 4 mm, the hollow box has a height of 15 mm, the mild steel plate has a thickness of 3 mm and the silicon pad has a thickness of 6 mm.

The invention claimed is:

1. A fire rated glass flooring system comprising:
a first layer of glass which comprises a structural glass;
a second layer of glass which comprises a fire rated glass, wherein the first layer of glass is positioned above the second layer of glass;
one or more load transferring means; and
a structural frame comprising a plurality of beams and a plurality of cross members interconnecting the beams, wherein the structural frame supports the first and second layers of glass and the one or more load transferring means;
characterized in that
the two layers of glass are separated by one or more of the load transferring means, and
at least one of the load transferring means comprises
a horizontal portion supporting the first layer of glass above and
a vertical portion transferring load from the first layer of glass above directly to the structural frame below, bypassing the second layer of glass.

2. A fire rated glass flooring system as claimed in claim 1 wherein the distance from the upper surface of the second layer of glass to the lower surface of the first layer of glass is less than 50 mm.

3. A fire rated glass flooring system as claimed in claim 1 wherein the structural glass is multi-laminated glass sheet made up of layers of float glass, heat strengthened glass and fully toughened glass bonded together using poly vinyl butyril or a resin.

**4**. A fire rated glass flooring system as claimed in claim **1** wherein the fire rated glass is selected from sgg CONTRAFLAM®-N2 39 mm thick, sgg CONTRAFLAM® LITE 17 mm thick and sgg CONTRAFLAM® EI30 21 mm or 17 mm thick.

**5**. A fire rated glass flooring system as claimed in claim **1** wherein the second layer of glass is supported directly by the structural frame.

**6**. A fire rated glass flooring system as claimed in claim **1** wherein the horizontal portion of the load transferring means in use extends parallel to and between the first and second layers of glass.

**7**. A fire rated glass flooring system as claimed in claim **1** wherein the vertical portion of the load transferring means in use extends upwardly from the structural frame.

**8**. A fire rated glass flooring system as claimed in claim **1** wherein the horizontal portion of the load transferring means is perpendicular to and is in load transferring contact with the vertical portion of the load transferring means.

**9**. A fire rated glass flooring system as claimed in claim **1** wherein the horizontal portion of the load transferring means is received in a corresponding slot in the vertical portion of the load transferring means.

**10**. A fire rated glass flooring system as claimed in claim **9** wherein the slot is vertical and elongate to allow for adjustment of the height of the first portion.

**11**. A fire rated glass flooring system as claimed in claim **1** wherein the horizontal portion of the load transferring means is a portion of a glazing bar.

**12**. A fire rated glass flooring system as claimed in any one of claims **1** to **11** wherein the vertical portion of the load transferring means is one or more metal strips extending upwardly from the structural frame along the length thereof.

**13**. A fire rated glass flooring system as claimed in claim **1** wherein the or each load transferring means is located on the structural frame and is of size and shape such that the first layer of glass is supported by the or each load transferring means.

**14**. A fire rated glass flooring system as claimed in claim **13** wherein the or each load transferring means is a box shape.

**15**. A fire rated glass flooring system as claimed in claim **13** wherein the or each load transferring means is selected from a solid steel box and a hollow steel box.

**16**. A fire rated glass flooring system as claimed in claim **13** wherein the second layer of glass is supported by the structural frame, leaving a small gap between the first and second layers of glass.

**17**. A fire rated glass flooring system as claimed in claim **16** wherein a weighting means is provided above the second layer of glass.

**18**. A fire rated glass flooring system as claimed in claim **17** wherein the weighting means is above both the second layer of glass and the load transferring means.

**19**. A fire rated glass flooring system as claimed in claim **17** wherein the weighting means extends over the width of the load transferring means.

**20**. A fire rated glass flooring system as claimed in claim **17** wherein the weighting means is a plate.

**21**. A fire rated glass flooring system as claimed in claim **13** wherein the second layer of glass is suspended from the first layer of glass such that there is a small gap between the first and second layers of glass.

**22**. A fire rated glass flooring system as claimed in claim **21** wherein the or each load transferring means is a hollow steel box.

**23**. A fire rated glass flooring system as claimed in claim **21** wherein the second layer of glass is suspended from the first layer of glass by means of a glazing bar and structural silicone.

**24**. A fire rated glass flooring system comprising a first layer of glass which is a structural glass and a second layer of glass which is a fire rated glass, together with a structural frame supporting the flooring system, wherein the two layers of glass are positioned one above the other, characterized in that the two layers of glass are separated by one or more load transferring means and the load transferring means transfers load applied to the first layer of glass directly to the structural frame, bypassing the second layer of glass, and wherein the or each load transferring means together with the structural frame form a C shape having an upper horizontal section, a lower horizontal section and a connecting vertical section, with the first layer of glass being supported by the or each load transferring means and the second layer of glass being supported by the structural frame.

**25**. A fire rated glass flooring system as claimed in claim **24** wherein the load transferring means comprises a first portion for bearing the load applied to the first layer of glass and a second portion for transmitting the load applied to the first layer of glass to the structural frame.

**26**. A fire rated glass flooring system as claimed in claim **24** wherein the lower horizontal section of the C shape is formed by the structural frame, the upper horizontal section of the C shape is formed by some or all of the load transferring means and in use the upper horizontal section of the C shape is between the first and second layers of glass.

**27**. A fire rated glass flooring system as claimed in claim **25** wherein the second portion is integral with the structural frame.

**28**. A fire rated glass flooring system as claimed in claim **25** wherein the first portion is integral with the second portion, is attached directly to the second portion or is attached indirectly to the second portion via a connecting means.

**29**. A fire rated glass flooring system as claimed in claim **28** wherein the first portion is attached to the second portion by a connecting means.

**30**. A fire rated glass flooring system as claimed in claim **29** wherein the connecting means is a plate.

**31**. A fire rated glass flooring system as claimed in claim **25** wherein the first portion is a box shape.

**32**. A fire rated glass flooring system comprising:

a first layer of glass which comprises structural glass,

a second layer of glass which comprises fire rated glass,

one or more load transferring means, and

a structural frame supporting the flooring system comprising a plurality of beams and a plurality of cross members interconnecting the beams;

wherein the first layer which comprises structural glass is positioned above the second layer which comprises fire rated glass and the distance from the upper surface of the second layer of glass to the lower surface of the first layer of glass is less than 50 mm;

characterized in that

the two layers of glass are separated by one or more of the load transferring means, and

the or each load transferring means:

comprises a box shape selected from a solid steel box and a hollow steel box,

is located on the structural frame, and

is of size and shape such that the first layer of glass is supported by the or each load transferring means, and

11

12

wherein the second layer of glass is supported by the structural frame leaving a small gap between the first and second layers of glass.

**33**. A fire rated glass flooring system comprising:

a first layer of glass which comprises a structural glass,

a second layer of glass which comprises a fire rated glass,

one or more load transferring means, and

a structural frame supporting the flooring system comprising a plurality of beams and a plurality of cross members interconnecting the beams;

wherein the first layer which comprises structural glass is positioned above the second layer which comprises fire rated glass, the distance from the upper surface of the second layer of glass to the lower surface of the first layer of glass is less than 50 mm, and the second layer of glass is supported by the structural frame, leaving a small gap between the first and second layers of glass,

characterized in that

the two layers of glass are separated by one or more of the load transferring means, and

at least one of the load transferring means comprises

a horizontal portion supporting the first layer of glass above and

a vertical portion transferring load from the first layer of glass above directly to the structural frame below, bypassing the second layer of glass;

wherein the or each load transferring means

is located on the structural frame,

is selected from a solid steel box and a hollow steel box, and

is of size and shape such that the first layer of glass is supported by the or each load transferring means, and

wherein a weighting means which is a plate is provided above the second layer of glass and extends over the width of at least one of the load transferring means.

**34**. A fire rated glass flooring system comprising:

a first layer of glass which is a structural glass,

a second layer of glass which is a fire rated glass, and

one or more load transferring means,

together with a structural frame supporting the flooring system comprising a plurality of beams and a plurality of cross members interconnecting the beams;

wherein the first layer which comprises structural glass is positioned above the second layer which comprises fire rated glass, the second layer of glass is suspended from the first layer of glass by means of a glazing bar and structural silicone, leaving a small gap between the first and second layers of glass, and the distance from the upper surface of the second layer of glass to the lower surface of the first layer of glass is less than 50 mm,

characterized in that:

the two layers of glass are separated by one or more of the load transferring means, and

at least one of the load transferring means comprises

a horizontal portion supporting the first layer of glass above, and

a vertical portion transferring load from the first layer of glass above directly to the structural frame below, bypassing the second layer of glass;

wherein the or each load transferring means is a hollow steel box located on the structural frame and is of size and shape such that the first layer of glass is supported by the or each load transferring means.

**35**. A fire rated glass flooring system comprising

a first layer of glass which is a structural glass and

a second layer of glass which is a fire rated glass,

together with a structural frame supporting the flooring system,

wherein the first layer which comprises structural glass is positioned above the second layer which comprises fire rated glass, the second layer of glass is suspended from the first layer of glass by means of a glazing bar and structural silicone such that there is a small gap between the first and second layers of glass, and the distance from the upper surface of the second layer of glass to the lower surface of the first layer of glass is less than 50 mm,

characterized in that the two layers of glass are separated by one or more load transferring means, wherein the or each load transferring means is a hollow steel box and together with the structural frame forms a C shape having an upper horizontal section, a lower horizontal section and a connecting vertical section, with the first layer of glass being supported by the or each load transferring means and the second layer of glass being supported by the structural frame.

\* \* \* \* \*

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.        : 7,694,475 B2
APPLICATION NO. : 10/471203
DATED              : April 13, 2010
INVENTOR(S)      : Michael Scott Rae

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title Page, Item (73) Assignee:
Please replace Wilde Contracts Limited, Oldham (GB) with Ely Holdings Limited, Oldham (GB)

Signed and Sealed this

Twenty-eighth Day of September, 2010

David J. Kappos
*Director of the United States Patent and Trademark Office*

# Exhibit 2

Search ...     **Search**

Select Language ▼     **Request Quote**



GLAZING     APPLICATIONS     GALLERY     SPECS     DETAILS     LITERATURE     RESOURCES     CONTACT     ABOUT US



📄 See Specifications

📄 See Specifications

📄 Fact Sheet

Glass floors are sometimes required to have a fire rating when used as fire barriers to stop the spread of fire. The GPX FireFloor System meets ASTM E-119/UL 263/CAN S101 up to 2 hours and has the largest tested and listed individual fire rated glass floor panels for fully captured and butt-glazed fire rated floor assemblies.

The GPX FireFloor System is comprised of a single glass unit comprised of custom SuperLite II-XLF combined with a tempered laminated walking surface and a structural steel framing grid. All components of this advanced fire rated glass floor system is provided by SAFTI FIRST. It features a unique top-loaded design for easy installation and a sealed airspace between the fire rated glass and walkable surface to eliminate condensation.

Listed by UL and Intertek, our fire rated glass floor can be used for interior or exterior applications. To learn more about our products or to request a fire rated floor assembly quote, give us a call at 888-653-3333 today.



## Fire Floor System

- Largest tested and listed individual glass panel sizes to maximize the amount of daylight penetrating between floors while meeting fire rated requirements.

- Maximum individual panel area of 7,017.3 sq. in. (82-3/8" x 85-3/16") fully supported and 4,763.9 sq. in. (67-7/8" x 70-3/16") butt-glazed for one-hour floor assemblies.

- Maximum individual panel area of 7,179.9 sq. in. (96-3/8" x 74-1/2") fully supported and butt-glazed for two-hour floor assemblies.

- Single glass unit comprised of custom SuperLite II-XL combined with a tempered laminated walking surface and a structural steel framing grid. Both the glass unit and structural steel framing grid are manufactured and provided by SAFTI*FIRST*.

- Designed with a sealed airspace between the fire rated glass and walkable surface to eliminate condensation issues.

- Meets ASTM E-119/UL 263/ULC-S101 and blocks smoke, flames and radiant heat up to two hours.

- Available with a durable, non-slip walking surface with loads up to 100 psf.

- Modular system with a top-loaded design for easy installation.

- Can be used in interior and exterior applications.

- Available in multiple frame finishes and glass make-ups.

See Details

## DO YOU HAVE A CURRENT OR UPCOMING PROJECT THAT NEEDS FIRE RATED GLASS AND FRAMING? CONTACT US TODAY!

To learn more about our fire rated aluminum doors, walls, windows, or other products, feel free to contact us at 888-653-3333. Thanks for choosing SAFTI *FIRST* as your preferred fire rated glass manufacturer!

© 2018 





# Exhibit 3



One Indiana Square, Suite 3500 / Indianapolis, IN 46204-4609
Tel: 317.713.3500 / Fax: 317.713.3699
www.taftlaw.com

**ELIZABETH A. SHUSTER**
317.713.3560
EShuster@taftlaw.com

February 28, 2018

William O'Keefe - President and CEO
Safti First
100 North Hill Dive
Suite 12
Brisbane, CA 94005
United States of America

Re:     Summary Letter for U.S. Patent No. 7,694,475 in light of Safti Load Bypass System

Dear Mr. O'Keefe:

Taft Stettinius & Hollister LLP has been commissioned by Barker Brettell LLP on behalf of Ely Holdings Limited ("Ely") to review U.S. Patent No. 7,694,475 (the "'475 patent")(Exhibit A) in light of the Safti Load Bypass System ("Safti System") (Exhibit B).

It has come to our attention that Safti is offering for sale a load bypass system for a fire rated glass flooring system. The intent of this letter is to inform Safti of Ely's '475 patent that issued on April 13, 2010, and which is entitled "FIRE RATED GLASS FLOORING". Ely's '475 patent includes claims that are directed to a fire rated glass flooring system that include a load bypass system that appear to cover the Safti System.

On information and belief, the load bypass system illustrated below was provided by Safti in the United States. The Safti System appears to include a load bypass system having a series of vertical rods which are drilled and tapped for height adjustment at the top or may include a long plate with holes drilled at centers. The vertical rods or vertical supports rest on the structural steel support (e.g., an I-beam). There is above this vertical support, a toggle plate which fits into the slot between the structural glass and the fire glass. This toggle plate is supported by a threaded bar and nut screwed into the vertical rod and in turn supports the structural glass resting thereon. The toggle plate or load bypass plate is a steel plate and is detailed as a snug fit between the two glass layers. This arrangement stops applied vertical loading from reaching the fire glass below, i.e., it is a load bypass system. The Safti System also appears to include a plurality of structural beams and a plurality of cross members interconnecting the beams.



For your consideration, the potentially infringing claims from the '475 patent are copied below with corresponding elements from the Safti System. For the sake of brevity, the potentially infringing independent claims 1, 24, and 32 are copied below and the potentially infringing dependent claims 2, 5-8, 11-16, and 25-31 are included in Exhibit C.

| Claim 1 from '475 Patent | Safti System |
|---|---|
| 1. A fire rated glass flooring system comprising: a first layer of glass which comprises a structural glass; | Safti System discloses a first layer of glass which comprises structural glass that rests on and is supported by a toggle plate. |
| a second layer of glass which comprises a fire rated glass , wherein the first layer of glass is positioned above the second layer of glass; | Safti System discloses a second layer of glass which comprises fire rated glass wherein the first layer of glass is positioned above the second layer of glass. |
| one or more load transferring means; and | |
| a structural frame comprising a plurality of beams and a plurality of cross members interconnecting the beams, wherein the structural frame supports the first and second layers of glass and the one or more load transferring means; | Safti System includes a plurality of structural beams and a plurality of cross members interconnecting the beams. Vertical support rests on the I-beam. |
| characterized in that the two layers of glass are separated by one or more of the load transferring means, and at least one of the load transferring means comprises a horizontal portion supporting the first layer of glass above and a vertical portion transferring load from the first layer of glass above directly to the structural frame below, bypassing the second layer of glass. | Safti System discloses a toggle plate (horizontal portion) supports the first layer of glass, and the vertical support or rod (vertical portion) transfers load from the first layer of glass above directly to the structural frame (the I-beam on which the vertical plate is welded) below. The vertical support or rod does not appear to contact the fire glass therefore the load from the structural glass bypasses the fire or second layer of glass and the load is transferred to the structural frame below. |

| Claim 24 from '475 Patent | Safti System |
|---|---|
| 24. A fire rated glass flooring system comprising:<br>a first layer of glass which is a structural glass and | Safti System discloses a first layer of glass which comprises structural glass that rests on and is supported by a toggle plate. |
| a second layer of glass which is a fire rated glass, together with a structural frame supporting the flooring system, wherein the two layers of glass are positioned one above the other, | Safti System discloses a second layer of glass which comprises fire rated glass wherein the first layer of glass is positioned above the second layer of glass.<br>Safti System includes a plurality of structural beams and a plurality of cross members interconnecting the beams. |
| characterized in that | |
| the two layers of glass are separated by one or more load transferring means and<br>the load transferring means transfers load applied to the first layer of glass directly to the structural frame, bypassing the second layer of glass, and | Safti System discloses a toggle plate (horizontal portion) supports the first layer of glass, and the vertical support or rod (vertical portion) transfers load from the first layer of glass above directly to the structural frame (the I-beam on which the vertical plate is welded) below. The vertical support or rod does not appear to contact the fire glass therefore the load from the structural glass bypasses the fire or second layer of glass and the load is transferred to the structural frame below. |
| wherein the or each load transferring means together with the structural frame form a C shape having an upper horizontal section, a lower horizontal section and a connecting vertical section, with the first layer of glass being supported by the or each load transferring means and the second layer of glass being supported by the structural frame. | Together the toggle plate, vertical support and the top flange of the structural frame form a C shape. |

| Claim 32 from '475 Patent | Safti System |
|---|---|
| 32. A fire rated glass flooring system comprising: a first layer of glass which comprises structural glass, | Safti System discloses a first layer of glass which comprises structural glass that rests on and is supported by a toggle plate. |
| a second layer of glass which comprises fire rated glass, | Safti System discloses a second layer of glass which comprises fire rated glass wherein the first layer of glass is positioned above the second layer of glass. |
| one or more load transferring means, and | |
| a structural frame supporting the flooring system comprising a plurality of beams and a plurality of cross members interconnecting the beams; | Safti System includes a plurality of structural beams and a plurality of cross members interconnecting the beams. |
| wherein the first layer which comprises structural glass is positioned above the second layer which comprises fire rated glass and the distance from the upper surface of the second layer of glass to the lower surface of the first layer of glass is less than 50 mm; | The overall glass thickness of the complete glass unit is 5 1/16 inches. Given the structural glass will be of the order of 33mm thick (1.3inch) and a fire glass capable of resisting fire for 2 hours will be of the order of 75mm thick (3 inches), the two individual, glass thickness will total approximately 4.3 inches. This only leaves 0.7625 inches (19mm) between the underside of the structural glass and the top of the fire glass (a difference of less than 50mm). |
| characterized in that the two layers of glass are separated by one or more of the load transferring means, and the or each load transferring means: comprises a box shape selected from a solid steel box and a hollow steel box, is located on the structural frame, and is of size and shape such that the first layer of glass is supported by the or each load transferring means, and wherein the second layer of glass is supported by the structural frame leaving a small gap between the first and second layers of glass. | Safti System discloses a toggle plate (horizontal portion) supports the first layer of glass, and the vertical support or rod (vertical portion) transfers load from the first layer of glass above directly to the structural frame (the I-beam on which the vertical plate is welded) below. The vertical support or rod does not appear to contact the fire glass therefore the load from the structural glass bypasses the fire or second layer of glass and the load is transferred to the structural frame below. |

We trust that you would not intentionally infringe the legal rights of others. Please provide your written assurance that Safti has ceased importing or selling any load bypass systems for fire rated glass flooring systems in violation of Ely's rights in the United States, among other places. Ely Holdings reserves all rights with respect to any infringement that might have previously occurred.

If you have any questions regarding this matter, please feel free to contact Yvonne Johnson of Barker Brettell LLP or me.

Sincerely,

Elizabeth A. Shuster

cc: Yvonne Johnson

# EXHIBIT A



US007694475B2

(12) **United States Patent** (10) Patent No.: **US 7,694,475 B2**

Rae (45) Date of Patent: **Apr. 13, 2010**

(54) **FIRE RATED GLASS FLOORING**

(75) Inventor: **Michael Scott Rae**, Saffron Walden (GB)

(73) Assignee: **Wilde Contracts Limited**, Oldham (GB)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1520 days.

(21) Appl. No.: **10/471,203**

(22) PCT Filed: **Mar. 11, 2002**

(86) PCT No.: **PCT/GB02/01113**

§ 371 (c)(1),
(2), (4) Date: **Feb. 24, 2004**

(87) PCT Pub. No.: **WO02/072970**

PCT Pub. Date: **Sep. 19, 2002**

(65) **Prior Publication Data**

US 2004/0134150 A1 Jul. 15, 2004

(30) **Foreign Application Priority Data**

| Mar. 10, 2001 | (GB) | ................................. 0105991.4 |
| May 3, 2001 | (GB) | ................................. 0110820.8 |
| Dec. 14, 2001 | (GB) | ................................. 0129904.9 |

(51) **Int. Cl.**

| *E04B 5/02* | (2006.01) |
| *E04B 5/18* | (2006.01) |
| *E04B 5/21* | (2006.01) |
| *E04B 5/46* | (2006.01) |

(52) **U.S. Cl.** .................. **52/263**; 52/506.04; 52/506.06; 52/506.03; 52/387

(58) **Field of Classification Search** ................ 52/204.6, 52/204.5, 263, 506.06, 506.01, 204.1, 506.03, 52/506.04, 507, 384–385, 387, 390, 392; 65/60.5, 104, 116, 114; 428/45–46, 210, 428/441

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 2,403,369 | A | * | 7/1946 | Huber, Jr. | .................... 52/307 |
| 3,560,316 | A | * | 2/1971 | Gill | ............................ 428/174 |

(Continued)

FOREIGN PATENT DOCUMENTS

DE 299 11 069 12/2000

(Continued)

OTHER PUBLICATIONS

European Patent Application 0396075 A1, Innovative Building Products, Inc, in Ventor: Taylor, Publication Date: Nov. 7, 1990.*

(Continued)

*Primary Examiner*—Jeanette Chapman
(74) *Attorney, Agent, or Firm*—Banner & Witcoff, Ltd.

(57) **ABSTRACT**

A fire rated glass flooring system comprising a first layer of glass which is a structural glass and a second layer of glass which is a fire rated glass, together with a structural frame supporting the flooring system, wherein the two layers of glass are positioned one above the other and are separated by at least one load transferring means. The flooring system is more aesthetic than conventional frames as the user of a load transferring means allows the first and second layers of glass to be brought closer together and hence the structural frame supporting the system is less visible through the system.

**35 Claims, 7 Drawing Sheets**



### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,586,299 | A | * | 5/1986 | Bayer .......................... 52/79.7 |
| 4,638,613 | A | * | 1/1987 | Tonsmann ................... 52/235 |
| 4,834,829 | A | * | 5/1989 | Ash et al. .................... 156/382 |
| 4,999,964 | A | * | 3/1991 | Taylor ........................ 52/477 |
| 5,027,567 | A | * | 7/1991 | Roberts ........................ 52/57 |
| 5,216,855 | A | * | 6/1993 | Richter et al. ................. 52/200 |
| 5,496,621 | A | * | 3/1996 | Makita et al. ............... 428/216 |
| 5,715,636 | A | * | 2/1998 | Taylor ........................ 52/308 |
| 5,910,620 | A | * | 6/1999 | O'Keeffe et al. ............. 65/60.5 |
| 6,105,319 | A | * | 8/2000 | Brunt ................... 52/204.593 |
| 6,413,618 | B1 | * | 7/2002 | Parker et al. ............. 428/195.1 |
| 6,446,404 | B1 | * | 9/2002 | Bassin ......................... 52/385 |

| | | | | |
|---|---|---|---|---|
| 2004/0053057 | A1 | * | 3/2004 | Hashibe et al. ............. 428/426 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 319 695 | 6/1989 |
| FR | 2 723 123 | 2/1996 |
| GB | 2 289 076 | 11/1995 |

### OTHER PUBLICATIONS

German Publication DE 32 34 348 A1, Inventor: Schuller, Mar. 22, 1984.*

English abstract of DE 299 11 069.

English abstract of EP 0 319 695.

English abstract of FR 2 723 123.

* cited by examiner



*Fig. 1*



*Fig. 2*



*Fig. 3*



*Fig. 4*



*Fig. 5*



*Fig. 6*



*Fig. 7*

1

# FIRE RATED GLASS FLOORING

This application is a National Stage application of co-pending PCT application PCT/GB02/01113 filed Mar. 11, 2002, which was published in English under PCT Article 21(2) on Sep. 19, 2002, which claims the benefit of GB application no. 0105991.4 filed Mar. 10, 2001; GB application no. 0110820.8 filed May 3, 2001 and GB application no. 0129904.9 filed Dec. 14, 2001. These applications are incorporated herein by reference in their entireties.

The present invention relates to fire rated glass flooring.

There are two principal fire rated glass flooring systems available at the present time. The first system is a double layer system comprising a fire rated glass and a structural glass, wherein the fire rated glass is supported by a first structure positioned at the bottom of a deep steel beam. The top of the beam supports the structural glass, which can be walked upon. The beam can be "I" section, box section or can be made up of two "T" section beams bolted or welded together.

This double layer system is expensive and its fire insulation capacity is limited to 30 minutes. Furthermore the system is aesthetically unappealing. The need to distance the two layers of glass by the depth of the beam means that when walking on the floor it is possible to see the beam and the first support structures through the structural glass. Furthermore the depth of the beam obscures the view through the glass floor to a large extent if a person walking on the floor looks through the floor at an angle rather than straight down.

The second system is a single layer system wherein the glass used is a multi laminate glass. The single layer system is limited to 30 minutes fire insulation and 30 minutes integrity. If the top sheet of the laminate is broken in use, the whole sheet needs to be replaced. Laminate glass is expensive.

Accordingly, there remains the need for a highly insulating, tough and aesthetic fire rated glass flooring.

Accordingly the present invention provides a fire rated glass flooring system comprising a first layer of glass and a second layer of glass, the two layers being positioned one above the other and separated by at least one load transferring means together with a structural frame supporting the flooring system, wherein the first layer of glass is a structural glass and the second layer of glass is a fire rated glass.

The use of the load transferring means allows the first and second layers of glass to be brought closer together. The load applied to the first layer bypasses the second layer and is transferred directly to the structural frame, allowing the structural frame to support the second layer and bear the load applied to the first layer. In the prior art double layer system a load transferring means was not included and therefore one portion of the structural frame bore the load from the first layer of glass and a separate portion of the structural frame supported the second layer of glass.

Preferably the first and second layers of glass are spaced less than 50 mm apart, more preferably less than 40 mm apart and most preferably 30 mm, 28 mm, 20 mm, 13.5 mm or 10 mm apart. The spacing is measured from the upper surface of the second layer to the lower surface of the first layer.

As the first and second layers of glass are brought closer together the structural frame is less visible through the glass flooring system of the present invention than in the existing systems, giving a more aesthetic flooring system. Furthermore as the first and second layers of glass are separated by at least one load transferring means rather than a deep beam the view through the floor is not obscured to such an extent when a person walking on the floor looks through it at an angle rather than straight down.

2

Preferably the first layer (which comprises structural glass) is positioned above the second layer (which comprises fire rated glass). The first and second layers are parallel to each other. The provision of the structural glass layer above the fire rated glass layer is so that in use the structural, load bearing glass layer is on top to bear the load applied thereto and the fire rated glass layer is below to delay the spread of fire.

A suitable type of structural glass is multi-laminated glass sheet made up of layers of float glass, heat strengthened glass and fully toughened glass bonded together using poly vinyl butyril or a resin. A particularly suitable glass of this type is Eckelt LITEFLOOR 33 mm triple laminate glass bonded together with poly vinyl butyril.

Particularly suitable fire rated glass includes sgg CON-TRAFLAM®-N2 39 mm thick, sgg CONTRAFLAM® LITE 17 mm thick and sgg CONTRAFLAM® EI30 21 mm thick and 17 mm thick, although other fire rated glasses can be used depending on their fire rating properties.

The first and second layers preferably each comprise a number of co-extensive sheets of glass. The structural frame preferably comprises a number of beams and cross members positioned to support the sheets of glass forming the first and second layers.

In a first embodiment of the present invention the or each load transferring means preferably comprises a first portion for bearing the load applied to the first layer of glass and a second portion for transmitting the load applied to the first layer of glass to the structural frame.

The first portion in use is preferably horizontal and extends parallel to and between the first and second layers of glass. The second portion in use is preferably vertical and extends upwardly from the structural frame. The first portion is preferably perpendicular to and is in load transferring contact with the second portion. Most preferably the first portion is received in a corresponding slot in the second portion. The slot is preferably vertical and elongated to allow for adjustment of the height of the first portion.

The first portion of the load transferring means is preferably a portion of a glazing bar, most preferably a 30 mm×20 mm mild steel (MS) bar. The load transferring means may be made of other suitable materials, for example aluminium or of different dimensions or cross sections, for example box section, depending on the situation.

The second portion of the load transferring means is preferably one or a number of metal strips extending upwards from the structural frame along the length thereof, most preferably a single steel strip having a height of 60-70 mm. The strip is preferably welded to the structural frame.

The first portion of the load transferring means is preferably insulated from the first and second layers of glass by appropriate materials.

The second layer of glass is preferably supported directly by the structural frame. An insulating material is preferably provided between the second layer of glass and the structural frame.

In a second embodiment of the present invention the or each load transferring means is preferably located on the structural frame and is of size and shape such that the first layer of glass is supported by the or each load transferring means.

In a first aspect of the second embodiment, the second layer of glass is supported by the frame leaving a small gap between the layers.

The or each load transferring means is preferably a box shape, more preferably a steel box. The load transferring means may be a solid steel box or a hollow steel box and is most preferably a 50 mm×25 mm solid steel box or a 50

mm×30 mm hollow steel box, depending on the type and thickness of fire rated glass used.

The first and second layers of glass are preferably insulated from the box by appropriate materials.

The second layer of glass is preferably supported directly by the frame. An insulating material is preferably provided between the second layer of glass and the beam.

A weighting means may be provided above the second layer of glass. Preferably the weighting means is above both the second layer of glass and the load transferring means. The weighting means preferably extends over the width of the load transferring means, more preferably over the width of the frame. It is preferred that the weighting means is attached to the load transferring means, preferably by means of a screw such as a self-tapping screw.

Preferably the weighting means is a plate, preferably a mild steel (MS) plate, most preferably a 3 mm thick mild steel plate.

In a second aspect of the second embodiment, the second layer of glass is suspended from the first layer of glass leaving a small gap between the layers.

The or each load transferring means is preferably a box shape, preferably a steel box, more preferably a hollow steel box and most preferably a 15 mm×35 mm rolled hollow steel box.

The first layer of glass is preferably insulated from the load transferring means by appropriate materials.

The second layer of glass is preferably attached to the first layer of glass by connecting means such as means known for connecting two layers of glass, for example by means known in double glazing systems. Preferably, the second layer of glass is attached to the first layer of glass by means of a bar such as a glazing bar and structural silicone.

It is preferred that the second layer of glass is insulated from the structural frame, preferably by fire rated material such as ceramic tape.

In a third embodiment of the present invention the or each load transferring means together with the structural frame form a C shape, with the first layer of glass being supported by the or each load transferring means and the second layer of glass being supported by the structural frame.

The lower horizontal section of the C shape is preferably formed by the structural frame. The upper horizontal section of the C shape is preferably formed by the load bearing means and in use is between the first and second layers of glass.

Preferably, the load transferring means comprises two sections: a first portion for bearing the load applied to the first layer of glass and a second portion for transmitting the load applied to the first layer of glass to the structural frame. The second portion is preferably integral with the structural frame. The first portion may be integral with the second portion, may be attached directly to the second portion or may be attached indirectly to the second portion via a connecting means. If the first portion is indirectly attached to the second portion, it should be adapted such that in use it cannot significantly rotate. For example, it may be of a size and shape such that it will not significantly rotate, or a component may be placed at a location below the first portion suitable to prevent any significant rotation.

The first portion is preferably a box shape, preferably a steel box, more preferably a hollow steel box and most preferably a 35 mm×15 mm hollow steel box.

The first portion is preferably attached to the second portion by a connecting means. The connecting means is preferably a plate, preferably a mild steel plate, and most preferably a 3 mm thick mild steel plate. The connecting means is attached to both the first portion and the second portion;

preferably the connecting means is welded to the first portion and is attached to the second portion by means of a screw such as a self-tapping screw.

The first and second layers of glass are preferably insulated from the box by appropriate materials.

The second layer of glass is preferably supported directly by the frame. An insulating material is preferably provided between the second layer of glass and the beam.

The system of the third embodiment may suitably be used in combination with either the system of the first embodiment or the system of the second embodiment. For example, where there are a number of co-extensive sheets of glass in the first and second layers the system of the third invention may be used at the outer edges of the glass flooring, with the system of the second invention being used where the sheets of glass meet.

Preferably, the system of the third embodiment is used to form a square frame around the outer edges of each glass panel used. For example, where there are a number of co-extensive sheets of glass in the first and second layers a square frame comprising systems according to the third embodiment may be used around each glass panel, with a further frame supporting the complete system. Alternatively, where only one glass panel is involved, for example where an individual piece of glass is being inserted into a floor, a square frame comprising systems according to the third embodiment may be used around the glass panel.

The system of the second aspect of the second embodiment may be used in a similar manner to that described above for the third embodiment.

Throughout the specification, the terms box and box shape should be understood to refer to a substantially square or rectangular elongate member.

Embodiments of the present invention will now be described in more detail with reference to the figures, in which:

FIG. 1 shows a cross section through a first prior art fire rated glass-flooring system;

FIG. 2 shows a cross section through a second prior art fire rated glass-flooring system;

FIG. 3 shows a cross section through a first embodiment of a fire rated glass-flooring system of the present invention;

FIG. 4 shows a cross section through a first aspect of a second embodiment of a fire rated glass-flooring system of the present invention;

FIG. 5 shows a cross section through a modified form of the system of FIG. 4;

FIG. 6 shows a cross section through a second aspect of a second embodiment of a fire rated glass-flooring system of the present invention; and

FIG. 7 shows a cross section through a third embodiment of a fire rated glass flooring system of the present invention.

FIG. 1 shows a double layer prior art fire rated flooring-system. The system comprises a steel beam 1 of "I" section supporting on its upper end 1a two sheets 2, 3 of structural glass. The sheets of glass 2, 3 are supported on the upper end 1a of the beam 1 above the longitudinal portion 1b of the beam 1. The sheets of structural glass 2, 3 are spaced apart by means of a steel plate 50 and attached to opposite sides of the plate by means of a silicone sealant shown schematically at 51.

The lower end 1c of the beam 1 has attached to it and extending outwardly from both edges means to support fire rated glass sheets 4, 5. The fire rated glass sheets 4, 5 are held in position extending outwardly from, and parallel to, the lower end 1c of the beam 1 by means of clamps 6 mounted on mounting blocks 7 which are of square section to allow the

5

clamp to be adjusted. The mounting blocks **7** are secured to the edges of the lower end **1***c* of the beam **1** by nuts and bolts **8**.

The system described in relation to FIG. 1 was originally developed by EAG Firemaster using Pilkington PYROSTOP® glass.

FIG. 2 shows a single layer prior art fire rated flooring system. The system comprises a steel beam **11**, which comprises two beams **12**, **13**, each of rectangular section, positioned one on top of the other. Laminated glass sheets **14**, **15** are supported by the top surface **11***a* of the beam **11** and extend outwardly from, and parallel to, the top surface **11***a*. The laminated sheets **14**, **15** are spaced apart by means of a joining strip **17** and held in position by a clamping screw **16**, which passes through the joining strip **17** and is received in a screw threaded aperture **18** in an extension of the upper surface **11***a* of the beam **11**.

The system shown in FIG. 2 is available from the French company Preciver.

FIG. 3 shows a first embodiment of the double layer fire rated flooring system of the present invention. The system comprises a steel beam **21** of rectangular cross section. The beam **21** is 150 mm×100 mm×8 mm rolled hollow section (RHS) steel and cross members used to create a floor are 80 mm×80 mm×6.3 mm RHS steel. The beam and cross members are secured together by the use of rollers having screw threaded holes in either end to receive screws. The rollers pass through elongate slots provided in the beams and the cross members to secure them together in a manner that allows expansion and contraction in the event of a fire (not shown).

The beam is used with its shorter sides forming the top **22** and bottom **23** surfaces. A strip of 8 mm thick steel **24** is welded to the centre of the top surface **22** of the beam **21** extending along the length of the beam **21**. The strip of steel has elongate slots **25** drilled in it along its length at spacing of 400 mm centre to centre.

Sheets of fire rated glass **26**, **27** are positioned extending outwardly from, and are supported by, the beam **21** with one sheet of glass positioned on each side of the steel strip **24**. A suitable fire rated glass is sgg-CONTRAFLAM®-90-N2 39 mm thick, which provides up to 90 minutes fire insulation and integrity when horizontal. The sheets of glass **26**, **27** are isolated from the beam **21** by a fire rated filling material **28***a* such as KERAFIX ceramic fibre tape and from the steel strip **24** by a fire rated filling material **29** such as KERAFIX soft blanket and intumescent paper.

30 mm×20 mm mild steel glazing bars **30** pass through the slots **25** and are isolated from the fire rated glass sheets **26**, **27** by filling material **28***b*, such as KERAFIX ceramic fibre tape, but hold the sheets **26**, **27** in place. The glazing bars **30** are drilled and tapped to take countersunk studs (not shown) passing through the steel strip **24** at designated centres to take applied loading.

Silicone pads **31** are placed on top of the glazing bars **30** and structural glass sheets **32**, **33** are placed on top of the silicone pads **31** parallel to the fire rated sheets **26**, **27** and with the edges of the sheets **32**, **33** being in line with the steel strip **24**. Suitable structural glass is Eckelt LITEFLOOR 33 mm triple laminate glass bonded together with poly vinyl butyril. This glass can take loads in excess of 5.0 kN per metre square. The space between the sheets **32**, **33** is filled with a solid silicone strip **34** and topped with a silicone sealant **35**.

All exposed steelwork is painted with intumescent paint.

The sheets of fire rated glass are spaced apart from the sheets of structural glass by approximately 30 mm as the

6

glazing bar has a thickness of 20 mm, the KERAFIX tape has a thickness of 4 mm and the silicone strip has a thickness of 6 mm.

FIG. 4 shows a second embodiment of the present invention. The system comprises a steel beam **41** having a T shaped cross-section. The vertical section **41***a* of the beam **41** is 127 mm tall and 14 mm thick. The horizontal section **41***b* is 110 mm wide and 10 mm thick. The vertical section **41***a* is integral with the horizontal section **41***b*, the sections joining at the centre of the horizontal section **41***b*. There are cross members as those discussed in relation to FIG. 3.

A steel box **44** runs the length of the beam and is located in the centre of the horizontal section of the beam **41***b*. The box is of solid steel of dimensions 50 mm wide and 25 mm tall.

The sheets of fire rated glass **46**, **47** are positioned extending outwardly from, and supported by, the beam **41** with one sheet of glass positioned on each side of the steel box **44**. A suitable fire rated glass is sgg CONTRAFLAM® LITE 17 mm thick. Each sheet of fire rated glass **46**, **47** is isolated from the beam by a fire rated filling material **48** such as KERAFIX ceramic fibre tape 4 mm thick. A strip of this tape is also applied to the top of the glass sheet. As the tape **48** is 4 mm thick, and as the steel box **44** is 25 mm tall and the fire rated glass **46**, **47** is 17 mm thick, the glass with tape on both sides is the same height as the box, as can be seen in FIG. 4. The fire rated glass sheets **46**, **47** are also isolated from the steel box **44** by insulating paper **49** such as KERAFIX bläh papier **43**.

Silicone pads **50** of 6 mm thickness are placed on top of the box and extending to the width of the beam, resting on the filling material **48**. The structural glass sheets **42**, **43** are placed on top of the silicon pads **50** parallel to the fire rated glass sheets **46**, **47**. The edges of the sheets do not touch but are isolated from each other by a further silicon pad **45** topped with a silicon sealant **51**. Suitable structural glass is Eckelt LITEFLOOR 33 mm triple laminate glass bonded together with poly vinyl butyril. This glass can take loads in excess of 5.0 kN per metre square.

Again, all exposed steelwork is painted with intumescent paint.

The sheets of fire rated glass are spaced apart from the sheets of structural glass by approximately 10 mm as the KERAFIX tape has a thickness of 4 mm and the silicon pad has a thickness of 6 mm.

FIG. 5 shows a modified form of the second embodiment of the present invention. The system comprises a steel beam **61** having a T shaped cross-section. The vertical section **61***a* of the beam **61** is 127 mm tall and 14 mm thick. The horizontal section **61***b* is 110 mm wide and 10 mm thick. The vertical section **61***a* is integrated with the horizontal section **61***b*, the sections joining at the centre of the horizontal section **61***b*. There are cross members as those discussed in relation to FIG. 3.

A hollow steel box **64** runs the length of the beam and is located in the centre of the horizontal section of the beam **61***b*. The box is 50 mm wide and 30 mm tall.

The sheets of fire rated glass **66**, **67** are positioned extending outwardly from, and supported by, the beam **61** with one sheet of glass positioned on each side of the hollow box **64**. A suitable fire rated glass is sgg CONTRAFLAM® EI30, with a thickness of 21 mm. Each sheet of fire rated glass **66**, **67** is isolated from the beam by a fire rated filling material **68** such as KERAFIX ceramic fibre tape 4.5 mm thick. A strip of this tape is also applied to the top of the glass sheet. As the filling material **68** is 4.5 mm thick, the hollow box **64** is 30 mm high and the fire rated glass **66**, **67** is 21 mm thick, the glass with filling material on both sides is the same height as the box, as

can be seen in FIG. 5. The fire rated glass sheets 66, 67 are also isolated from the hollow box 64 by insulating paper 69 such as KERAFIX bläh papier 43.

A mild steel plate 72 of thickness 3 mm is attached to the top of the box 64 by means of a self-tapping screw 73. The plate extends to the width of the beam, resting on the filling material 68. Silicone pads 70 of 6 mm thickness are placed on top of the plate, covering the width of the plate.

Structural glass sheets 62, 63 are placed on top of the silicon pads 70 parallel to the fire rated glass sheets 66, 67. The edges of the sheets do not touch but are isolated from each other by a further silicon pad 65 topped with a silicon sealant 71. Suitable structural glass is Eckelt LITEFLOOR 33 mm triple laminate glass bonded together with polyvinyl butyril. This glass can take loads in excess of 5.0 kN per metre square.

As in the previous embodiments, all exposed steelwork is painted with intumescent paint.

The sheets of fire rated glass are spaced apart from the sheets of structural glass by approximately 13.5 mm as the KERAFIX tape has a thickness of 4.5 mm, the mild steel plate has a thickness of 3 mm and the silicon pad has a thickness of 6 mm.

FIG. 6 shows a variant of the second embodiment of the present invention. The system comprises a mild steel beam 74, which is 45 mm wide and 6 mm thick. There are cross members as those discussed in relation to FIG. 3.

A hollow box 75 is attached to the beam 74 and runs from one edge of the beam 74 towards the centre of the beam 74. The box 75 is of rolled hollow steel and has a width of 15 mm, a depth of 45 mm and a height of 35 mm. The box 75 is preferably welded to the beam 74 using intermittent welds.

Silicone pads 76 of 6 mm thickness are placed on top of the box 75. A structural glass sheet 77 is placed on top of the silicon pads 76, extending outwardly from and supported by the box 75 and parallel to the beam 74. Suitable structural glass is Eckelt LITEFLOOR 24 mm triple laminate glass bonded together with polyvinyl butyril.

A sheet of fire rated glass 78 is attached to and supported from the structural glass 77. The fire rated glass 78 runs between and parallel to the structural glass 77 and the beam 74, from a point approximately half way along the beam 74 such that there is a gap between the box 75 and the fire rated glass sheet 78 of 8 mm. A suitable fire rated glass is sgg CONTRAFLAM® EI30 17 mm thick. The fire rated glass sheet 78 is attached to the structural glass sheet 77 by means of a glazing bar 80 and structural silicone 81. The glazing bar 80 is of dimensions 20 mm high and 7 mm wide.

The fire rated glass sheet 78 is isolated from the beam 74 by a fire rated filling material 79 such as KERAFIX ceramic fibre tape 4 mm thick. As the tape is 4 mm thick, the fire rated glass 78 is 17 mm thick and the glazing bar 80 is 20 mm high, and the box 75 is 35 mm tall and the silicone pad 76 6 mm thick, the glass with tape beneath and glazing bar above is the same height as the box with the silicone pad above, as can be seen in FIG. 6.

Again, all exposed steelwork is painted with intumescent paint.

The sheet of fire rated glass 78 is spaced apart from the sheet of structural glass 77 by approximately 20 mm as the height of the glazing bar 80 suspending the fire rated glass 78 from the structural glass 77 is 20 mm.

FIG. 7 shows a third embodiment of the present invention. The system comprises a steel beam 90 having an L shaped cross section. The vertical section 90a of the beam is 50 mm tall and 6 mm thick. The horizontal section 90b of the beam is 41 mm wide and 6 mm thick. The vertical section 90a is integrated with the horizontal section 90b. The horizontal

section 90b of the beam is provided with cross members as those discussed in relation to FIG. 3.

A mild steel plate 82 of thickness 3 mm extends outwardly from the top of the vertical section 90a of the beam, substantially parallel to the horizontal section 90b of the beam. The mild steel plate extends to the width of the horizontal section 90b of the beam and is attached to the top of the vertical section of the beam by means of a self-tapping screw 83.

A rolled steel hollow box 84 of width 35 mm and height 15 mm is stitch welded to the bottom face of the mild steel plate 82. The box is adjacent to the vertical beam 90a and extends to the outer edge of the plate 82.

The sheet of fire rated glass 85 is positioned between the horizontal beam 90b and the hollow box 84, extending outwardly from, and supported by, the horizontal beam 90b. A suitable fire rated glass is sgg CONTRAFLAM® EI30, with a thickness of 21 mm. The fire rated glass 85 is isolated from the horizontal beam 90b by a fire rated filling material 86 such as KERAFIX ceramic fibre tape 4 mm thick. A strip of this tape is also applied to the top of the glass sheet to separate it from the hollow box 84. The fire rated glass sheet 85 is also isolated from the vertical beam 90a by insulating paper 87 such as KERAFIX bläh papier 43.

Silicone pads 88 of 6 mm thickness are placed on top of the mild steel plate, extending to the width of the plate. The structural glass sheet 89 is placed on top of the silicon pads 88 parallel to the fire rated glass sheet 85. Suitable structural glass is Eckelt LITEFLOOR 33 mm triple laminate glass bonded together with polyvinyl butyril. This glass can take loads in excess of 5.0 kN per metre square.

As in the previous embodiments, all exposed steelwork is painted with intumescent paint.

The sheet of fire rated glass is spaced apart from the sheet of structural glass by approximately 28 mm as the KERAFIX tape has a thickness of 4 mm, the hollow box has a height of 15 mm, the mild steel plate has a thickness of 3 mm and the silicon pad has a thickness of 6 mm.

The invention claimed is:

**1**. A fire rated glass flooring system comprising:
a first layer of glass which comprises a structural glass;
a second layer of glass which comprises a fire rated glass, wherein the first layer of glass is positioned above the second layer of glass;
one or more load transferring means; and
a structural frame comprising a plurality of beams and a plurality of cross members interconnecting the beams, wherein the structural frame supports the first and second layers of glass and the one or more load transferring means;
characterized in that
the two layers of glass are separated by one or more of the load transferring means, and
at least one of the load transferring means comprises
a horizontal portion supporting the first layer of glass above and
a vertical portion transferring load from the first layer of glass above directly to the structural frame below, bypassing the second layer of glass.

**2**. A fire rated glass flooring system as claimed in claim **1** wherein the distance from the upper surface of the second layer of glass to the lower surface of the first layer of glass is less than 50 mm.

**3**. A fire rated glass flooring system as claimed in claim **1** wherein the structural glass is multi-laminated glass sheet made up of layers of float glass, heat strengthened glass and fully toughened glass bonded together using poly vinyl butyril or a resin.

9

**4**. A fire rated glass flooring system as claimed in claim **1** wherein the fire rated glass is selected from sgg CONTRAFLAM®-N2 39 mm thick, sgg CONTRAFLAM® LITE 17 mm thick and sgg CONTRAFLAM® EI30 21 mm or 17 mm thick.

**5**. A fire rated glass flooring system as claimed in claim **1** wherein the second layer of glass is supported directly by the structural frame.

**6**. A fire rated glass flooring system as claimed in claim **1** wherein the horizontal portion of the load transferring means in use extends parallel to and between the first and second layers of glass.

**7**. A fire rated glass flooring system as claimed in claim **1** wherein the vertical portion of the load transferring means in use extends upwardly from the structural frame.

**8**. A fire rated glass flooring system as claimed in claim **1** wherein the horizontal portion of the load transferring means is perpendicular to and is in load transferring contact with the vertical portion of the load transferring means.

**9**. A fire rated glass flooring system as claimed in claim **1** wherein the horizontal portion of the load transferring means is received in a corresponding slot in the vertical portion of the load transferring means.

**10**. A fire rated glass flooring system as claimed in claim **9** wherein the slot is vertical and elongate to allow for adjustment of the height of the first portion.

**11**. A fire rated glass flooring system as claimed in claim **1** wherein the horizontal portion of the load transferring means is a portion of a glazing bar.

**12**. A fire rated glass flooring system as claimed in any one of claims **1** to **11** wherein the vertical portion of the load transferring means is one or more metal strips extending upwardly from the structural frame along the length thereof.

**13**. A fire rated glass flooring system as claimed in claim **1** wherein the or each load transferring means is located on the structural frame and is of size and shape such that the first layer of glass is supported by the or each load transferring means.

**14**. A fire rated glass flooring system as claimed in claim **13** wherein the or each load transferring means is a box shape.

**15**. A fire rated glass flooring system as claimed in claim **13** wherein the or each load transferring means is selected from a solid steel box and a hollow steel box.

**16**. A fire rated glass flooring system as claimed in claim **13** wherein the second layer of glass is supported by the structural frame, leaving a small gap between the first and second layers of glass.

**17**. A fire rated glass flooring system as claimed in claim **16** wherein a weighting means is provided above the second layer of glass.

**18**. A fire rated glass flooring system as claimed in claim **17** wherein the weighting means is above both the second layer of glass and the load transferring means.

**19**. A fire rated glass flooring system as claimed in claim **17** wherein the weighting means extends over the width of the load transferring means.

**20**. A fire rated glass flooring system as claimed in claim **17** wherein the weighting means is a plate.

**21**. A fire rated glass flooring system as claimed in claim **13** wherein the second layer of glass is suspended from the first layer of glass such that there is a small gap between the first and second layers of glass.

**22**. A fire rated glass flooring system as claimed in claim **21** wherein the or each load transferring means is a hollow steel box.

10

**23**. A fire rated glass flooring system as claimed in claim **21** wherein the second layer of glass is suspended from the first layer of glass by means of a glazing bar and structural silicone.

**24**. A fire rated glass flooring system comprising a first layer of glass which is a structural glass and a second layer of glass which is a fire rated glass, together with a structural frame supporting the flooring system, wherein the two layers of glass are positioned one above the other, characterized in that the two layers of glass are separated by one or more load transferring means and the load transferring means transfers load applied to the first layer of glass directly to the structural frame, bypassing the second layer of glass, and wherein the or each load transferring means together with the structural frame form a C shape having an upper horizontal section, a lower horizontal section and a connecting vertical section, with the first layer of glass being supported by the or each load transferring means and the second layer of glass being supported by the structural frame.

**25**. A fire rated glass flooring system as claimed in claim **24** wherein the load transferring means comprises a first portion for bearing the load applied to the first layer of glass and a second portion for transmitting the load applied to the first layer of glass to the structural frame.

**26**. A fire rated glass flooring system as claimed in claim **24** wherein the lower horizontal section of the C shape is formed by the structural frame, the upper horizontal section of the C shape is formed by some or all of the load transferring means and in use the upper horizontal section of the C shape is between the first and second layers of glass.

**27**. A fire rated glass flooring system as claimed in claim **25** wherein the second portion is integral with the structural frame.

**28**. A fire rated glass flooring system as claimed in claim **25** wherein the first portion is integral with the second portion, is attached directly to the second portion or is attached indirectly to the second portion via a connecting means.

**29**. A fire rated glass flooring system as claimed in claim **28** wherein the first portion is attached to the second portion by a connecting means.

**30**. A fire rated glass flooring system as claimed in claim **29** wherein the connecting means is a plate.

**31**. A fire rated glass flooring system as claimed in claim **25** wherein the first portion is a box shape.

**32**. A fire rated glass flooring system comprising:

a first layer of glass which comprises structural glass,

a second layer of glass which comprises fire rated glass,

one or more load transferring means, and

a structural frame supporting the flooring system comprising a plurality of beams and a plurality of cross members interconnecting the beams;

wherein the first layer which comprises structural glass is positioned above the second layer which comprises fire rated glass and the distance from the upper surface of the second layer of glass to the lower surface of the first layer of glass is less than 50 mm;

characterized in that

the two layers of glass are separated by one or more of the load transferring means, and

the or each load transferring means:

comprises a box shape selected from a solid steel box and a hollow steel box,

is located on the structural frame, and

is of size and shape such that the first layer of glass is supported by the or each load transferring means, and

wherein the second layer of glass is supported by the structural frame leaving a small gap between the first and second layers of glass.

**33**. A fire rated glass flooring system comprising:

a first layer of glass which comprises a structural glass,

a second layer of glass which comprises a fire rated glass,

one or more load transferring means, and

a structural frame supporting the flooring system comprising a plurality of beams and a plurality of cross members interconnecting the beams;

wherein the first layer which comprises structural glass is positioned above the second layer which comprises fire rated glass, the distance from the upper surface of the second layer of glass to the lower surface of the first layer of glass is less than 50 mm, and the second layer of glass is supported by the structural frame, leaving a small gap between the first and second layers of glass,

characterized in that

the two layers of glass are separated by one or more of the load transferring means, and

at least one of the load transferring means comprises

a horizontal portion supporting the first layer of glass above and

a vertical portion transferring load from the first layer of glass above directly to the structural frame below, bypassing the second layer of glass;

wherein the or each load transferring means

is located on the structural frame,

is selected from a solid steel box and a hollow steel box, and

is of size and shape such that the first layer of glass is supported by the or each load transferring means, and

wherein a weighting means which is a plate is provided above the second layer of glass and extends over the width of at least one of the load transferring means.

**34**. A fire rated glass flooring system comprising:

a first layer of glass which is a structural glass,

a second layer of glass which is a fire rated glass, and

one or more load transferring means,

together with a structural frame supporting the flooring system comprising a plurality of beams and a plurality of cross members interconnecting the beams;

wherein the first layer which comprises structural glass is positioned above the second layer which comprises fire rated glass, the second layer of glass is suspended from the first layer of glass by means of a glazing bar and structural silicone, leaving a small gap between the first and second layers of glass, and the distance from the upper surface of the second layer of glass to the lower surface of the first layer of glass is less than 50 mm, characterized in that:

the two layers of glass are separated by one or more of the load transferring means, and

at least one of the load transferring means comprises

a horizontal portion supporting the first layer of glass above, and

a vertical portion transferring load from the first layer of glass above directly to the structural frame below, bypassing the second layer of glass;

wherein the or each load transferring means is a hollow steel box located on the structural frame and is of size and shape such that the first layer of glass is supported by the or each load transferring means.

**35**. A fire rated glass flooring system comprising

a first layer of glass which is a structural glass and

a second layer of glass which is a fire rated glass,

together with a structural frame supporting the flooring system,

wherein the first layer which comprises structural glass is positioned above the second layer which comprises fire rated glass, the second layer of glass is suspended from the first layer of glass by means of a glazing bar and structural silicone such that there is a small gap between the first and second layers of glass, and the distance from the upper surface of the second layer of glass to the lower surface of the first layer of glass is less than 50 mm,

characterized in that the two layers of glass are separated by one or more load transferring means, wherein the or each load transferring means is a hollow steel box and together with the structural frame forms a C shape having an upper horizontal section, a lower horizontal section and a connecting vertical section, with the first layer of glass being supported by the or each load transferring means and the second layer of glass being supported by the structural frame.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 7,694,475 B2                                                Page 1 of 1
APPLICATION NO. : 10/471203
DATED             : April 13, 2010
INVENTOR(S)      : Michael Scott Rae

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

    Title Page, Item (73) Assignee:
        Please replace Wilde Contracts Limited, Oldham (GB) with Ely Holdings Limited, Oldham
        (GB)

Signed and Sealed this

Twenty-eighth Day of September, 2010

David J. Kappos
*Director of the United States Patent and Trademark Office*

# EXHIBIT B

# Glazing And Architectural Metal Estimating, LLC

Estimating, Drafting, Engineering, Project Management & Project Purchasing
www.glazingtakeoffs.com
joejr@glazingtakeoffs.com

**Project: 260 Bowery**                                                           **October 24, 2017**

On behalf of **NYGLASSMASTER out of Long Beach, NY GAAME** is requesting you provide a **revised** price to supply the fire rated glass floor shown below (**revised**) – please include delivery to the site in NYC, lead times & terms – please send a quote ASAP.

If you have any questions contact Joe Jr at 201-988-6781 or via return email - please email the quote to joejr@glazingtakeoffs.com, please send a copy to Ruvim Shlemperis nyglassmaster@gmail.com.

Thanks,

Joe Jr.
**G**lass **A**nd **A**rchitectural **M**etal **E**stimating, LLC

**Please address the quote to:**
**NYGlASSMASTER**
650 Shore Road – Unit 6L
Long Beach, NY 11561
Office: 917-776-7494
**Please send your quote to** joejr@glazingtakeoffs.com





# EXHIBIT C

**EXHIBIT C**

| Dependent Claims from '475 Patent | Safti System |
|---|---|
| 2. A fire rated glass flooring system as claimed in claim 1 wherein the distance from the upper surface of the second layer of glass to the lower surface of the first layer of glass is less than 50 mm. | Safti System disclosed the overall glass thickness of the complete glass unit is 5 1/16 inches. Structural glass is about 33mm thick (1.3inch) and a fire glass capable of resisting fire for 2 hours will be about 75mm thick (3 inches), the total glass thickness is about 4.3 inches. This leaves 0.7625 inches (19mm) between the underside of the structural glass and the top of the fire glass (a difference of less than 50mm). |
| 5. A fire rated glass flooring system as claimed in claim 1 wherein the second layer of glass is supported directly by the structural frame. | Safti System discloses the fire glass rests on and is supported by the top flange of the structural beam. |
| 6. A fire rated glass flooring system as claimed in claim 1 wherein the horizontal portion of the load transferring means in use extends parallel to and between the first and second layers of glass. | Safti System discloses the toggle plate is a load bypass plate and is positioned as a snug fit between the structural glass and the fire glass. The layers of glass are arranged horizontally and parallel to one another. |
| 7. A fire rated glass flooring system as claimed in claim 1 wherein the vertical portion of the load transferring means in use extends upwardly from the structural frame. | Safti System discloses the vertical support or rod is attached to the top flange of the structural beam and extends upwardly from the steel I-beam. |
| 8. A fire rated glass flooring system as claimed in claim 1 wherein the horizontal portion of the load transferring means is perpendicular to and is in load transferring contact with the vertical portion of the load transferring means. | Safti System discloses the toggle plate is a load bypass plate and is positioned as a snug fit between the structural glass and the fire glass. Safti System discloses the vertical support or rod is attached to the top flange of the structural beam and extends upwardly from the steel I-beam. |
| 11. A fire rated glass flooring system as claimed in claim 1 wherein the horizontal portion of the load transferring means is a portion of a glazing bar. | Safti System discloses a toggle plate will most likely be a steel plate of about 6mm to 10mm thick and is detailed as a snug fit between the two glass layers. |
| 12. A fire rated glass flooring system as claimed in any one of claims 1 to 11 wherein the vertical portion of the load transferring means is one or more metal strips extending upwardly from the structural frame along the length thereof. | Safti System discloses the vertical support or rod is attached to the top flange of the structural beam and extends upwardly from the steel I-beam. |
| 13. A fire rated glass flooring system as claimed in claim 1 wherein the or each load transferring means is located on the structural frame and is of size and shape such that the | Safti System discloses the toggle plate is a load bypass plate and is positioned as a snug fit between the structural glass and the fire glass. Safti System discloses the vertical support or rod |

| | |
|---|---|
| first layer of glass is supported by the or each load transferring means. | is attached to the top flange of the structural beam and extends upwardly from the steel I-beam. The toggle plate rests on a nut that is connected to the vertical support. The first layer of glass or structural glass rests on and is supported by the toggle plate. |
| 14. A fire rated glass flooring system as claimed in claim 13 wherein the or each load transferring means is a box shape. | Safti System discloses the vertical support or rod is attached to the top flange of the structural beam and extends upwardly from the steel I-beam. |
| 15. A fire rated glass flooring system as claimed in claim 13 wherein the or each load transferring means is selected from a solid steel box and a hollow steel box. | Safti System discloses a vertical support or rod. |
| 16. A fire rated glass flooring system as claimed in claim 13 wherein the second layer of glass is supported by the structural frame, leaving a small gap between the first and second layers of glass. | Safti System discloses the fire glass rests on and is supported by the top flange of the structural beam. |
| 25. A fire rated glass flooring system as claimed in claim 24 wherein the load transferring means comprises a first portion for bearing the load applied to the first layer of glass and a second portion for transmitting the load applied to the first layer of glass to the structural frame. | Safti System includes a toggle plate that is sandwiched between the structural glass and the fire glass wherein the structural glass rests on and is supported by the toggle plate. The toggle plate bears the load applied to the first layer of glass or structural glass. The toggle plate is attached to the vertical support or rod wherein the vertical support is attached to the steel beam or frame below it. The vertical support or rod transmits the load applied to the first layer of glass to the steel beam or frame below it. |
| 26. A fire rated glass flooring system as claimed in claim 24 wherein the lower horizontal section of the C shape is formed by the structural frame, the upper horizontal section of the C shape is formed by some or all of the load transferring means and in use the upper horizontal section of the C shape is between the first and second layers of glass. | Safti System includes a toggle plate that is sandwiched between the structural glass and the fire glass wherein the structural glass rests on and is supported by the toggle plate. The toggle plate forms the upper horizontal section of the C shape and in use the toggle plate is between the first and second layers of glass. The toggle plate is attached to the vertical support or rod wherein the vertical support is attached to the steel beam or frame below it. The steel beam has an I-shape including a top flange that can form the lower horizontal section of the structural frame. |
| 27. A fire rated glass flooring system as claimed in claim 25 wherein the second portion is integral with the structural frame. | Safti System includes the vertical support that is attached to the steel beam or frame below it and transmits the load applied to the first layer of glass to the steel beam or frame. |

| | |
|---|---|
| 28. A fire rated glass flooring system as claimed in claim 25 wherein the first portion is integral with the second portion, is attached directly to the second portion or is attached indirectly to the second portion via a connecting means. | Safti System includes a toggle plate is attached to the vertical support or rod via fasteners. |
| 29. A fire rated glass flooring system as claimed in claim 28 wherein the first portion is attached to the second portion by a connecting means. | Safti System includes a toggle plate is attached to the vertical support or rod via fasteners. |
| 30. A fire rated glass flooring system as claimed in claim 29 wherein the connecting means is a plate. | Safti System discloses a toggle plate which is supported by a threaded bar and nut that is screwed into the vertical rod. |
| 31. A fire rated glass flooring system as claimed in claim 25 wherein the first portion is a box shape. | Safti System discloses a toggle plate which is supported by a threaded bar and nut that is screwed into the vertical rod. |