Donald R. McPhail (admitted *pro hac vice*)
Email: dmcphail@dickinsonwright.com
DICKINSON WRIGHT PLLC
International Square
1825 Eye St. N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 457-0160
Facsimile: (844) 670-6009

Mark I. Schickman (CSB #62653)
Cathleen S. Yonahara (CSB #203802)
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 541-0200
Facsimile: (415) 495-4332
Email: schickman@freelandlaw.com
yonahara@freelandlaw.com

Jonathan D. Baker (State Bar No. 196062)
Email: jdbaker@dickinsonwright.com
DICKINSON WRIGHT RLLP
800 W. California Avenue, Suite 110
Sunnyvale, CA 94086
Telephone: (408) 701-6100
Facsimile: (844) 670-6009

THEODORE J, BIELEN, JR.(CSB #56395)
BIELEN & LAMPE
1390 Willow Pass Road, Ste 1020
Concord, CA 94520
Telephone: (925) 288-9720
Facsimile: (925) 288-9731
Email: bielenlt@yahoo.com

*Attorneys for Defendant*
*O'Keeffe's, Inc. dba Safti First*

Jia-geng Lu (State Bar No. 271589)
Email: jlu@dickinsonwright.com
DICKINSON WRIGHT PLLC
607 W. 3rd Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 770-4200
Facsimile: (844) 670-6009

*Attorneys for Ely Holdings Limited*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELY HOLDINGS LIMITED, a United Kingdom company, and GREENLITE GLASS SYSTEMS INC., a Canadian Company<br><br>Plaintiffs,<br><br>v.<br><br>O'KEEFFE'S, INC. d/b/a SAFTI FIRST, a California corporation, ,<br><br>Defendant. | Case No. 3:18-cv-06721 JCS<br><br>**PATENT L.R. 4-3 JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT** |

**PATENT L.R. 4-3 JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT**

800 W. California Avenue, Suite 110
Sunnyvale, CA 94086
DICKINSON WRIGHT PLLC

Pursuant to Patent L.R. 4-3 and the Court's Orders of March 18, 2019 (Dkt. No. 36) and June 11, 2019 (Dkt. No. 62), Plaintiffs Ely Holdings Limited and Greenlite Glass Systems Inc. and Defendant O'Keeffe's, Inc. d/b/a SAFTI FIRST submit this Joint Claim Construction and Pre-Hearing Statement.

## I.      PATENT L.R. 4-3(a): AGREED CLAIM CONSTRUCTIONS

The parties have not reached an agreement as to the constructions of any of the claim terms/phrases found in U.S. Patent No. 7,694,475 ("the '475 patent"), which is the only patent-in-suit.

## II.     PATENT L.R. 4-3(b): DISPUTED CLAIM CONSTRUCTIONS

The parties have proposed constructions for each of the disputed claim terms/phrases, together with an identification of all references from the specification or prosecution history that support that construction, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its proposed construction or to oppose any other party's proposed construction in the attached Exhibits A-C as follows:

Exhibit A contains a list of the disputed claim terms/phrases along with each party's proposed construction therefor;

Exhibit B contains Plaintiffs' identification of intrinsic and extrinsic evidence supporting their proposed constructions; and

Exhibit C contains Defendant's identification of intrinsic and extrinsic evidence supporting its proposed constructions.

Either party may also rely on intrinsic and/or extrinsic evidence identified by the other party, and any evidence obtained through claim construction discovery.  A party may supplement its claim construction positions and/or supporting evidence in response to any change of position by the other party, or for other good cause.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

800 W. California Avenue, Suite 110
Sunnyvale, CA 94086

DICKINSON WRIGHT PLLC

**III.      PATENT L.R. 4-3(c): MOST SIGNIFICANT CONSTRUCTIONS**

The construction of each of the nine (9) disputed claim terms/phrases is significant to the resolution of this case.  As currently informed, Plaintiffs and Defendant agree that the construction of terms 1, 2, 4, 5, and 7, dealing with independent claims, may be case dispositive.

**IV.      PATENT L.R. 4-3(d): LENGTH OF CLAIM CONSTRUCTION HEARING**

Plaintiffs anticipate that the claim construction hearing will take two (2) hours, with the time split equally between the parties.  Defendant anticipates that the claim construction hearing will take __ hour(s).

**V.      PATENT L.R. 4-3(e): LIVE WITNESS TESTIMONY**

The parties do not intend to present live witness testimony on claim construction.  Pursuant to the Court's instructions, however, each party will have its expert witness(es) present for the claim construction hearing.

**VI.      PATENT L.R. 4-3(f): REQUESTED FACTUAL FINDINGS**

The parties do not request any factual findings.

**PATENT L.R. 4-3 JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT**

Dated: September 9, 2019          Respectfully submitted,

DICKINSON WRIGHT PLLC


By: */s/* Jia-geng Lu
    Jia-geng Lu

*Attorneys for Plaintiffs*
*Ely Holdings Limited and*
*Greenlite Glass Systems Inc.*


FREELAND COOPER & FOREMAN LLP

By: */s/* Mark I. Schickman
    Mark I. Schickman

*Attorneys for Defendant*
*O'Keeffe's, Inc. d/b/a SAFTI FIRST*

**PATENT L.R. 4-3 JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT**