# EXHIBIT A

| Number | Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| 1 | "the two layers of glass are separated by at least one [of the] load transferring means" (1, 24). | "There are one or more mechanisms having a horizontal portion/upper horizontal section and a vertical portion/connecting vertical section, where the horizontal portion/upper horizontal section is between the structural glass and the fire-rated glass and bears at least some of the weight applied to the structural glass and the vertical section passes that weight to a beam or cross member instead of to the fire-rated glass." | "the two layers are detached and exist by themselves without touching each other with one or more of the load transferring means lying between the two separated layers, transferring the entire load from the structural glass to a beam or cross member" |
| 2 | "a vertical portion transferring load from the first layer of glass above directly to the structural frame below, bypassing the second layer of glass." (1) | "The vertical portion of the load transferring means receives at least some of the weight applied to the structural glass through the horizontal portion and passes it to a beam or cross member under the load transferring means instead of to the fire-rated glass." | "a vertical component of the load transferring means, transferring the entire load from the structural glass layer directly to the structural frame below and avoiding transfer of any load to or from the fire-rated glass" |
| 3 | "the second layer of glass is suspended from the first layer of glass such that there is a small gap between the first and second layers of glass (21)" | "The fire-rated glass hangs from the structural glass such that there is a distance of less than 50 mm but more than 0 mm between the lowermost surface of the structural glass and the uppermost surface of the fire-rated glass." | The fire rated glass is separated from and rests below the first layer on a structural support, creating a gap of more than 0 mm and less than 50 mm between the lowermost surface of the structural glass and the uppermost surface of the fire-rated glass, subject to all of the limitations of claim No. 1 |

| Number | Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| 4 | "the load transferring means transfers load applied to the first layer of glass directly to the structural frame, bypassing the second layer of glass" (24) | "The mechanism passes at least some of the weight applied to the structural glass to a fixed beam or cross member under the mechanism instead of to the fire-rated glass" | "the load transferring means transfers the entire load of the first layer of glass directly to the structural frame avoiding transfer of any load to or from the second layer of glass" |
| 5 | "comprising a first layer of glass which is a structural glass and a second layer of glass which is a fire rated glass" (24) | "Composed of (i) a multi-laminated glass sheet made up of two or more layers of glass capable of bearing at least some of the weight of an applied load, and (ii) a multi-layered glass sheet made up of two or more layers of glass that has a transparent intumescent material interspaced between at least two of the glass layers" | "Composed of (i) a single or multi-laminated glass made up of two or more layers of glass designed to bear, and capable of bearing, the weight of a specified minimum load, and (ii) a multi-layered glass made up of at least two end layers of glass enclosing and sandwiching transparent intumescent material between each glass layer, which has been rated as fire resistant by a national recognized rating entity"" |
| 6 | "the distance from the upper surface of the second layer of glass to the lower surface of the first layer of glass is less than 50 mm" (2) | "The space between the uppermost surface of the fire-rated glass and the lowermost surface of the structural glass is less than 50 mm." | "The separation between the uppermost surface of the fire-rated glass and the lowermost surface of the structural glass is more than 0 mm and less than 50 mm |
| 7 | "the first layer of glass being supported by the or each load transferring means and the second layer of glass | "The load transferring means bears the weight of the structural glass and the fixed beams and cross members bear the weight of the fire-rated glass" | "The first layer of glass is supported by the or each load transferring means and the second layer of glass is separately supported by the structural frame" |

| Number | Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| | being supported by the structural frame" (24) | | |
| 8 | "load transferring means comprises a first portion for bearing the load applied to the first layer of glass and a second portion for transmitting the load applied to the first layer of glass to the structural frame" (25) | "A mechanism that enables at least some of the weight applied to the structural glass to be passed to a fixed beam or cross member instead of to the fire-rated glass and includes a first portion that bears the weight of a load applied to the structural glass connected to a second portion that passes that weight to a fixed beam or cross member instead of to the fire-rated glass." | "the load transferring means comprises a first portion bearing the entire load of the first layer of glass and a second portion transmitting the entire load of the first layer of glass directly to the structural frame below, each avoiding transfer of any load to or from the fire-rated glass" |
| 9 | "glazing bar" (11) | "metal bar" | "member taking the applied load on the structural glass" |

3

DC 87977-1 473894v1