| | |
|---|---|
| Donald R. McPhail (admitted *pro hac vice*)<br>Email: dmcphail@dickinsonwright.com<br>DICKINSON WRIGHT PLLC<br>International Square<br>1825 Eye St. N.W., Suite 900<br>Washington, D.C. 20006<br>Telephone: (202) 457-0160<br>Facsimile: (844) 670-6009 | Mark I. Schickman (CSB #62653)<br>Cathleen S. Yonahara (CSB #203802)<br>FREELAND COOPER & FOREMAN LLP<br>150 Spear Street, Suite 1800<br>San Francisco, California 94105<br>Telephone: (415) 541-0200<br>Facsimile: (415) 495-4332<br>Email: schickman@freelandlaw.com<br>           yonahara@freelandlaw.com |
| Jonathan D. Baker (State Bar No. 196062)<br>Email:  jdbaker@dickinsonwright.com<br>DICKINSON WRIGHT RLLP<br>800 W. California Avenue, Suite 110<br>Sunnyvale, CA 94086<br>Telephone:  (408) 701-6100<br>Facsimile:  (844) 670-6009 | THEODORE J, BIELEN, JR.(CSB #56395)<br>BIELEN & LAMPE<br>1390 Willow Pass Road, Ste 1020<br>Concord, CA 94520<br>Telephone: (925) 288-9720<br>Facsimile: (925) 288-9731<br>Email: bielenlt@yahoo.com<br><br>*Attorneys for Defendant*<br>*O'Keeffe's, Inc. dba Safti First* |
| Jia-geng Lu (State Bar No. 271589)<br>Email:  jlu@dickinsonwright.com<br>DICKINSON WRIGHT PLLC<br>607 W. 3rd Street, Suite 2500<br>Austin, Texas 78701<br>Telephone:  (512) 770-4200<br>Facsimile:  (844) 670-6009 | |

*Attorneys for Ely Holding Limited and*
*Greenlite Glass Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELY HOLDINGS LIMITED,<br>a United Kingdom company, and<br>GREENLITE GLASS SYSTEMS INC.,<br>a Canadian Company<br><br>            Plaintiffs,<br><br>       v.<br><br>O'KEEFFE'S, INC. d/b/a SAFTI FIRST,<br>a California corporation, ,<br><br>            Defendant. | Case No. 3:18-cv-06721-JCS<br><br>**JOINT STIPULATION REGARDING DATE FOR EXCHANGE OF REPLY CLAIM CONSTRUCTION EXPERT REPORTS** |

**JOINT STIPULATION REGARDING DATE FOR EXCHANGE OF REPLY CLAIM CONSTRUCTION EXPERT REPORTS**

Pursuant to Civil L.R. 6.1(a), Plaintiffs Ely Holdings Limited and Greenlite Glass Systems Inc. and Defendant O'Keeffe's, Inc. d/b/a SAFTI FIRST (all collectively "the Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the current deadline for the Parties' exchange of reply claim construction expert reports is September 23, 2019 (Dkt. No. 62);

WHEREAS, the Parties have agreed to a 4-day extension for the Parties to exchange reply claim construction expert reports, *i.e.* until September 27, 2019;

WHEREAS, this is the second stipulation to modify the Court's scheduling order in this case, the first having been to re-set the date for the Parties to exchange opening claim construction expert reports;

WHEREAS, this stipulation will not alter the date of any other event or deadline already fixed by Court order;

NOW THEREFORE, by and through their respective counsel, the Parties hereby stipulate and agree that the Parties shall have through September 27, 2019 to exchange reply claim construction expert reports.

Dated: September 23, 2019	Respectfully submitted,

DICKINSON WRIGHT PLLC

By: /s/ Jia-geng Lu
    Jia-geng Lu, State Bar No. 271589

*Attorneys for Plaintiffs*
*Ely Holdings Limited and*
*Greenlite Glass Systems Inc.*

FREEMAN COOPER & FOREMAN LLP

By: /s/ Mark I. Schickman
    Mark I. Schickman, State Bar No. 62653

*Attorneys for Defendant*
*O'Keeffe's, Inc. d/b/a SAFTI FIRST*

**IT IS SO ORDERED** that the foregoing agreement is approved and the date for exchange of reply claim construction expert reports shall be extended to September 27, 2019.

September 25, 2019

_____
Hon. Joseph C. Spero
United States Magistrate Judge

| JOINT STIPULATION REGARDING DATE FOR EXCHANGE OF REPLY CLAIM CONSTRUCTION EXPERT REPORTS | 3 | Case No. 3:18-cv-06721 JCS |
|---|---|---|