UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELY HOLDINGS LIMITED, et al., <br> Plaintiffs, <br> v. <br> O'KEEFFE'S, INC., <br> Defendant. | Case No. 18-cv-06721-JCS <br><br> **ORDER GRANTING MOTION TO WITHDRAW AND DENYING AS MOOT MOTION TO FILE UNDER SEAL** <br><br> Re: Dkt. Nos. 86, 88 |

Defendant O'Keeffe's, Inc. d/b/a Safti First ("Safti") moves to withdraw its claim construction brief, which it erroneously filed simultaneously with Plaintiff Ely Holdings Limited's brief rather than weeks later as called for by the Court's local rules. *See* dkt. 88. That motion is GRANTED. Safti's related administrative motion to file under seal (dkt. 86) is DENIED AS MOOT. The documents sought to be sealed will remain under seal but will not be considered for any purpose.

**IT IS SO ORDERED.**

Dated: October 25, 2019

JOSEPH C. SPERO
Chief Magistrate Judge