UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELY HOLDINGS LIMITED, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>O'KEEFFE'S, INC.,<br><br>Defendant. | Case No.  18-cv-06721-JCS<br><br>**ORDER RESCHEDULING CLAIM CONSTRUCTION HEARING** |

In light of the many other matters that are set on the Court's December 6, 2019 calendar, and in order to give each side sufficient time to present their evidence, the Claim Construction hearing, Tutorial, and further case management conference is specially set for **Thursday, December 19, 2019, at 9:00 AM.**  The Court will set aside up to three (3) hours for the Claim Construction.

**IT IS SO ORDERED.**

Dated:  November 20, 2019

JOSEPH C. SPERO
Chief Magistrate Judge

United States District Court
Northern District of California