UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELY HOLDINGS LIMITED, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>O'KEEFFE'S, INC.,<br><br>    Defendant. | Case No. 18-cv-06721-JCS<br><br>**ORDER DENYING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 91, 101 |

Defendant moved to file under seal a report dated April 29, 2016 on the basis that Plaintiffs designated it as confidential. Dkt. 91. Plaintiffs moved to file under seal portions of their motion for relief from the protective order and two attachments thereto on the basis that those documents were designated as confidential by Defendant, or contained information so designated. Dkt. 101. Neither party filed a responsive declaration setting forth grounds for sealing within the time allowed by Civil Local Rule 79-5(e). Both motions to file under seal are therefore DENIED, and each party is ORDERED to file the material implicated by its motion in the public record no earlier than December 24, 2019, and no later than January 3, 2020. *See* Civ. L.R. 19-5(e)(2).[1]

**IT IS SO ORDERED.**

Dated: December 20, 2019

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] Due to the intervening holidays, the Court extends slightly the time allowed to file public versions, which is normally ten days from the date of denial.