UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELY HOLDINGS LIMITED, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>O'KEEFFE'S, INC.,<br><br>        Defendant. | Case No. 18-cv-06721-JCS<br><br>**ORDER TO FILE CERTIFICATION** |

On August 12, 2019, the Court issued an order establishing the following requirements for any further motions in this action:

> [B]efore filing any further motion in this action, the parties must meet and confer to discuss whether the motion will materially affect the outcome of the case, whether any effect of the motion is likely to be rendered moot by foreseeable future developments, and whether a mutually agreeable resolution can be reached. Any future motion must certify that the parties have met and conferred and were unable to reach an agreement, and that the party bringing the motion believes that it is an appropriate use of resources at that stage of the case.

Order re Mot. to Dismiss Counterclaims (dkt. 68) at 9–10.

Plaintiffs now move for leave to amend their complaint. *See* dkt. 115. Although Plaintiffs' present motion indicates that the parties met and conferred and that Defendant O'Keeffe's, Inc. did not consent to amendment, the motion does not address the remaining requirements of the Court's August 2019 order. Plaintiffs are ORDERED to file a certification addressing those requirements no later than January 2, 2020 (or to withdraw their motion by the same deadline if the requirements are not satisfied), and the parties are reminded to comply with those requirements going forward.

**IT IS SO ORDERED.**

Dated: December 24, 2019

                                            JOSEPH C. SPERO
                                            Chief Magistrate Judge