UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELY HOLDINGS LIMITED, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>O'KEEFFE'S, INC.,<br><br>  Defendant. | Case No. 18-cv-06721-JCS<br><br>**ORDER DENYING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 114, 134, 150, 156 |

      Plaintiffs Ely Holding Limited and Greenlite Glass Systems Inc. moved to file under seal portions of their motion for leave to file a second amended complaint and documents submitted therewith on the basis that Defendant O'Keeffe's Inc. d/b/a Safti First ("Safti") and two subpoenaed non-parties designated documents as confidential under the protective order in this case. *See* dkt. 114.  Despite Plaintiffs serving their administrative motion on the non-parties, *see* dkts. 116, 123, 124, neither Safti nor the non-parties filed a responsive declaration establishing reasons for sealing pursuant Civil Local Rule 79-5(e)(1).  Plaintiffs' administrative motion to file under seal is therefore DENIED, and Plaintiffs are ORDERED to file the documents at issue in the public record no earlier than April 20, 2020 and no later than April 27, 2020.  *See* Civ. L.R. 79-5(e)(2).

      Plaintiffs moved to file under seal portions of their reply brief on the same motion and Exhibit 8 to the accompanying declaration of Jaimin Shah based on the same entities' designations of confidentiality. Dkt. 134; *see also* dkts. 134, 135 (proofs of service).  Again, no responsive declaration was filed.  That motion is therefore DENIED.

      Plaintiffs moved to file under seal portions of their third amended complaint based on the same entities' designations of confidentiality. Dkt. 150.  Again, no responsive declaration was filed.  That motion is therefore DENIED.

Most recently, Plaintiffs moved to file exhibits to a joint discovery letter brief under seal based on Safti's designations of confidentiality. Dkt. 156. Once again, no responsive declaration was filed, and the motion to file under seal is DENIED.

Plaintiffs are ORDERED to file all of the documents at issue in the administrative motions addressed above in the public record no earlier than April 20, 2020 and no later than April 27, 2020. *See* Civ. L.R. 79-5(e)(2).

**IT IS SO ORDERED.**

Dated: April 16, 2020

JOSEPH C. SPERO
Chief Magistrate Judge