Cathleen S. Yonahara (CSB #203802)
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 541-0200
Facsimile: (415) 495-4332
Email: yonahara@freelandlaw.com

Mark I. Schickman (CSB #62653)
SCHICKMAN LAW
1019 Euclid Avenue
Berkeley, CA 94708
Telephone: (510) 467-2909
Email: mark@schickmanlaw.com

THEODORE J, BIELEN, JR.(CSB #56395)
BIELEN & LAMPE
1390 Willow Pass Road, Ste 1020
Concord, CA 94520
Telephone: (925) 288-9720
Facsimile: (925) 288-9731
Email: bielenlt@yahoo.com

*Attorneys for Defendant and Counter-Claimants
O'Keeffe's, Inc., d/b/a SaftiFirst*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELY HOLDINGS LIMITED, a United Kingdom company, and GREENLITE GLASS SYSTEMS INC., a Canadian company, <br><br> Plaintiffs, <br><br> v. <br><br> O'KEEFFE'S, INC., d/b/a SAFTIFIRST, a California corporation, <br><br> Defendant. <br>_____<br> O'KEEFFE'S, INC., d/b/a SAFTIFIRST, a California corporation, <br><br> Counter-Claimant, <br><br> v. <br><br> ELY HOLDINGS LIMITED, a United Kingdom company, and GREENLITE | CASE NO. 18-CV-06721-JCS <br><br> **DEFENDANT O'KEEFFE'S, INC. d/b/a SAFTIFIRST'S MOTION TO SUBSTITUTE COUNSEL OF RECORD** |

GLASS SYSTEMS INC., a Canadian company,

        Counter-Defendants.

DEFENDANT AND COUNTERCLAIMANT O'KEEFFE'S, INC. d/b/a SAFTIFIRST ("Defendant"), pursuant to Local Rule 11-5, respectfully moves this Court for an Order granting its Motion to Substitute Counsel of Record, and respectfully shows as follows:

1. Defendant hereby requests that the firm of FREELAND COOPER & FOREMAN LLP, 150 Spear Street, Suite 1800, San Francisco, California 94105, and who has appeared in these proceedings, be permitted to withdraw as counsel of record, and that MARK I. SCHICKMAN (CA Bar No. 62653) of Schickman Law, 1019 Euclid Avenue, Berkeley, California 94708, (510) 467-2909, mark@schickmanlaw.com, be substituted as an attorney of record for Defendant for the remainder of this action.

2. Defendant, who has been notified of and approves of this withdrawal and substitution, asserts that it will not seek a continuance of any proceedings on the basis of the Court's granting or denying this Motion.

3. The reason for Defendant's request is that Mr. Schickman has ended his association with the Freeland Cooper & Foreman LLP firm and has formed his own firm, Schickman Law, and Defendant desires Mr. Schickman's continued representation in these proceedings.

4. This Motion is submitted as a joint motion of Defendant's current counsel of record and new counsel of record. It is not filed for purposes of delay, but so that justice may be done.

5. Counsel for Plaintiff and Cross-Defendant has been advised of the substitution and has no objection to the filing of this Motion.

WHEREFORE, Defendant O'KEEFFE'S, INC. d/b/a SAFTEFIRST respectfully requests that the Court grant its Motion to Substitute Counsel of Record and enter an Order substituting Mark I. Schickman, Schickman Law, as counsel of record and allowing the firm of Freeland Cooper & Foreman LLP to withdraw as counsel of record in this matter.

/ / /

/ / /

**DEFENDANT O'KEEFFE'S, INC. d/b/a SAFTIFIRST'S MOTION TO SUBSTITUTE COUNSEL OF RECORD**      2

{00325112}

Respectfully submitted on this the 5th day of June, 2020,

                FREELAND COOPER & FOREMAN LLP

Date: June 5, 2020      By: */s/ Cathleen S. Yonahara*
                                   Cathleen S. Yonahara

SCHICKMAN LAW
BIELEN & LAMPE

Date: June 5, 2020      By: */s/ Mark I. Schickman*
                                   Mark I. Schickman

Attorneys for Defendant and Counter-Claimant
O'Keeffe's, Inc., d/b/a SaftiFirst

# CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2020, I electronically filed the foregoing document with the United States District Court for the Northern District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Guy W. Chambers
Ellen P. Liu
Sideman & Bancroft LLP
One Embarcadero Center, 22nd Floor
San Francisco, CA 94111-3711

Donald R. McPhail
Taft, Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

Ryan O. White
Elizabeth Shuster
Taft, Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204

*Attorneys for Plaintiff*

/s/
Catherine Logan

**DEFENDANT O'KEEFFE'S, INC. d/b/a SAFTIFIRST'S MOTION TO SUBSTITUTE COUNSEL OF RECORD**   4

{00325112}