Cathleen S. Yonahara  (CSB #203802)
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone:  (415) 541-0200
Facsimile:  (415) 495-4332
Email: yonahara@freelandlaw.com

Mark I. Schickman  (CSB #62653)
SCHICKMAN LAW
1019 Euclid Avenue
Berkeley, CA 94708
Telephone:  (510) 467-2909
Email:  mark@schickmanlaw.com

THEODORE J, BIELEN, JR.(CSB #56395)
BIELEN & LAMPE
1390 Willow Pass Road, Ste 1020
Concord, CA 94520
Telephone: (925) 288-9720
Facsimile: (925) 288-9731
Email: bielenlt@yahoo.com

*Attorneys for Defendant and Counter-Claimants
O'Keeffe's, Inc., d/b/a SaftiFirst*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELY HOLDINGS LIMITED, a United Kingdom company, and GREENLITE GLASS SYSTEMS INC., a Canadian company,<br><br>     Plaintiffs,<br><br>v.<br><br>O'KEEFFE'S, INC., d/b/a SAFTIFIRST, a California corporation,<br><br>     Defendant.<br>_____<br>O'KEEFFE'S, INC., d/b/a SAFTIFIRST, a California corporation,<br><br>     Counter-Claimant,<br><br>v.<br><br>ELY HOLDINGS LIMITED, a United Kingdom company, and GREENLITE | CASE NO.  18-CV-06721-JCS<br><br>**DEFENDANT O'KEEFFE'S, INC. d/b/a SAFTIFIRST'S [PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL OF RECORD** |

| | |
|---|---|
| GLASS SYSTEMS INC., a Canadian company, | ) ) ) |
| Counter-Defendants. | ) ) |

IT IS HEREBY ORDERED that Defendant and Cross-Complainant O'KEEFFE'S, INC. d/b/a SAFETIFIRST's Motion to Substitute Counsel of Record is HEREBY GRANTED, and MARK I. SCHICKMAN (CA Bar No. 62653) of Schickman Law, 1019 Euclid Avenue, Berkeley, California 94708, (510) 467-2909, mark@schickmanlaw.com, is substituted as an attorney of record for Defendant and Cross-Complainant for the remainder of this action, and the firm of FREELAND COOPER & FOREMAN LLP, 150 Spear Street, Suite 1800, San Francisco, California 94105, is withdrawn as counsel of record,

SO ORDERED.

Dated: June 8, 2020

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
~~CHIEF~~ MAGISTRATE

(Signed: Judge Joseph C. Spero)

**DEFENDANT O'KEEFFE'S, INC. d/b/a SAFTIFIRST'S [PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL OF RECORD**                                          2

{00325259}

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

# CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2020, 2020, I electronically filed the foregoing document with the United States District Court for the Northern District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Guy W. Chambers
Ellen P. Liu
Sideman & Bancroft LLP
One Embarcadero Center, 22nd Floor
San Francisco, CA 94111-3711

Donald R. McPhail
Taft, Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

Ryan O. White
Elizabeth Shuster
Taft, Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204

*Attorneys for Plaintiff*

/s/_____

Catherin Logan

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

**DEFENDANT O'KEEFFE'S, INC. d/b/a SAFTIFIRST'S [PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL OF RECORD**     3

{00325259}