Donald R. McPhail (admitted *pro hac vice*)
Email: dmcphail@dickinsonwright.com
Shih Ching Li (admitted *pro hac vice*)
Email: eli@dickinsonwright.com
DICKINSON WRIGHT PLLC
International Square
1825 Eye St. N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 457-0160
Facsimile: (844) 670-6009

Mark Isaac Schickman (SBN 62653)
Email: mark@SchickmanLaw.com
SCHICKMAN LAW
1019 Euclid Avenue
Berkeley, Ca. 94108
Telephone: (510) 467-2909

Jonathan D. Baker (SBN 196062)
Email: jdbaker@dickinsonwright.com
DICKINSON WRIGHT RLLP
800 W. California Avenue, Suite 110
Sunnyvale, CA 94086
Telephone: (408) 701-6100
Facsimile: (844) 670-6009

Theodore J. Bielen , Jr. (SBN 56395)
BIELEN & LAMPE
1390 Willow Pass Road, Suite 1020
Concord, CA 94520
(925) 288-9720
Fax: (925) 288-9731
Email: bielenlt@yahoo.com

Jaimin H. Shah (admitted *pro hac vice*)
Email: jshah@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 E. Upper Wacker Drive, Suite 2800
Chicago, IL 60601
Telephone: (312) 836-4171
Facsimile: (312) 966-8607

***Attorneys for Defendant
O'Keeffe's, Inc. d/b/a SAFTI FIRST,
a California corporation***

***Attorneys for Plaintiffs Ely Holdings Limited
and Greenlite Glass Systems Inc.***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELY HOLDINGS LIMITED, a United Kingdom company, and GREENLITE GLASS SYSTEMS INC., a Canadian company, <br><br> Plaintiffs, <br><br> v. <br><br> O'KEEFFE'S, INC. d/b/a SAFTI FIRST, a California corporation, <br><br> Defendant. | Case No. 3:18-cv-06721 JCS <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** |

Pursuant to Civil Local Rule 7-12, Plaintiffs Ely Holdings Limited and Greenlite Glass Systems Inc. (collectively, "Plaintiffs") and Defendant O'Keeffe's, Inc. d/b/a SAFTI FIRST ("Defendant"), through their respective counsel of record, and subject to the approval of the Court, hereby stipulate and agree to extend the discovery deadlines below to allow the parties sufficient time to complete fact and expert discovery. This short discovery extension is necessitated due to the challenges the parties have had in scheduling remote witness depositions across eight time zones. This extension will not affect any other deadlines set by the Court.

Accordingly, the parties stipulate and respectfully request that the Court issue an order extending the discovery deadlines as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Fact discovery cut-off | July 15, 2020 | August 15, 2020 |
| Opening expert report (party with the burden) | August 17, 2020 | September 9, 2020 |
| Rebuttal expert report | September 14, 2020 | October 8, 2020 |
| Reply expert report | October 15, 2020 | October 28, 2020 |

Dated: July 15, 2020

DICKINSON WRIGHT RLLP

*/s/ Jonathan D. Baker*
Jonathan D. Baker (SBN 196062)

*Attorneys for Plaintiffs*
*Ely Holdings Limited and*
*Greenlite Glass Systems Inc.*

Respectfully submitted,

SCHICKMAN LAW

*/s/ Mark Isaac Schickman*
Mark Isaac Schickman (SBN 62653)

*Attorneys for Defendant*
*O'Keeffe's, Inc. d/b/a SAFTI*
*FIRST, a California corporation*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: July 15, 2020                                    DICKINSON WRIGHT RLLP

By: */s/ Jonathan D. Baker*
    Jonathan D. Baker (SBN 196062)

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 16, 2020

The Honorable Joseph C. Spero
United States Chief Magistrate Judge