1  Donald R. McPhail (admitted *pro hac vice*)
   Email: dmcphail@dickinsonwright.com
2  Shih Ching Li (admitted *pro hac vice)*
   Email: eli@dickinsonwright.com
3  DICKINSON WRIGHT PLLC
   International Square
4  1825 Eye St. N.W., Suite 900
   Washington, D.C. 20006
5  Telephone: (202) 457-0160
   Facsimile: (844) 670-6009
6
7  Jonathan D. Baker (State Bar No. 196062)
   Email:  jdbaker@dickinsonwright.com
8  DICKINSON WRIGHT PLLC
   800 W. California Avenue, Suite 110
9  Sunnyvale, CA 94086
   Telephone:  (408) 701-6100
10 Facsimile:  (844) 670-6009

11 Jiageng Lu (State Bar No. 271589)
   Email:  jlu@dickinsonwright.com
12 DICKINSON WRIGHT PLLC
   607 W. 3rd Street, Suite 2500
13 Austin, TX 78701
   Telephone:  (512) 770-4200
14 Facsimile:  (844) 670-6009

Ryan O. White (admitted *pro hac vice*)
Email: rwhite@taftlaw.com
Elizabeth Shuster (admitted *pro hac vice*)
Email: eshuster@taftlaw.com
TAFT, STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500
Facsimile: (317) 713-3699

Jaimin H. Shah (admitted *pro hac vice*)
Email: jshah@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 E. Upper Wacker Drive, Suite 2800
Chicago, IL 60601
Telephone: (312) 836-4171
Facsimile: (312) 966-8607

Philip R. Bautista (admitted *pro hac vice)*
Email: pbautista@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, OH 44114
Telephone: (216) 241-2838
Facsimile: (216) 241-3707

15 *Attorneys for Plaintiffs Ely Holdings Limited*
   *and Greenlite Glass Systems Inc.*
16
17              **UNITED STATES DISTRICT COURT**
18              **NORTHERN DISTRICT OF CALIFORNIA**
19              **SAN FRANCISCO DIVISION**
20 ELY HOLDINGS LIMITED,  a United      | Case No. 3:18-cv-06721 JCS
   Kingdom company, and
21 GREENLITE GLASS SYSTEMS INC., a       | **NOTICE OF CHANGE IN COUNSEL**
   Canadian Company,
22
                 Plaintiffs,
23
24          v.
25 O'KEEFFE'S, INC. d/b/a SAFTI FIRST, a
   California corporation,
26
                 Defendant.
27
28

1      PLEASE TAKE NOTICE that Jaimin H. Shah of Taft Stettinius & Hollister LLP hereby

2  withdraws as attorney of record for Plaintiffs Ely Holdings Limited and Greenlite Glass Systems

3  Inc. in this action. Counsel of record for Plaintiffs otherwise remains the same.

4  DATED: September 15, 2020

5                                          Respectfully submitted,

6                                          Taft Stettinius & Hollister LLP

7                                          By: /s/ *Jaimin H. Shah*
                                                  Jaimin H. Shah
8
9                                          *Attorney for Plaintiffs*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

NOTICE OF CHANGE IN COUNSEL                                Case No. 3:18-cv-06721 JCS