Donald R. McPhail (admitted *pro hac vice*)
Email: dmcphail@dickinsonwright.com
DICKINSON WRIGHT PLLC
International Square
1825 Eye St. N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 457-0160
Facsimile: (844) 670-6009

Jonathan D. Baker (SBN 196062)
Email: jdbaker@dickinsonwright.com
DICKINSON WRIGHT PLLC
800 W. California Avenue, Suite 110
Sunnyvale, CA 94086
Telephone: (408) 701-6100
Facsimile: (844) 670-6009

Ryan O. White (admitted *pro hac vice*)
Email: rwhite@taftlaw.com
Elizabeth Shuster (admitted *pro hac vice*)
Email: eshuster@taftlaw.com
TAFT, STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Telephone: (317) 713-3500
Facsimile: (317) 713-3699

Philip R. Bautista (admitted *pro hac vice*)
Email: pbautista@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, OH 44114
Telephone: (216) 241-2838
Facsimile: (216) 241-3707

*Attorneys for Plaintiffs Ely Holdings Limited
and Greenlite Glass Systems Inc.*

Mark Isaac Schickman (SBN 62653)
Email: mark@SchickmanLaw.com
SCHICKMAN LAW
1019 Euclid Avenue
Berkeley, Ca. 94108
Telephone: (510) 467-2909

Theodore J. Bielen, Jr. (SBN 56395)
Email: bielenlt@yahoo.com
BIELEN & LAMPE
1390 Willow Pass Road, Suite 1020
Concord, CA 94520
Telephone: (925) 288-9720
Facsimile: (925) 288-9731

*Attorneys for Defendant
O'Keeffe's, Inc. d/b/a SAFTI FIRST,
a California corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELY HOLDINGS LIMITED,<br>a United Kingdom company, and<br>GREENLITE GLASS SYSTEMS INC.,<br>a Canadian company,<br><br>          Plaintiffs,<br><br>     v.<br><br>O'KEEFFE'S, INC. d/b/a SAFTI FIRST,<br>a California corporation,<br><br>          Defendant. | Case No. 3:18-cv-06721 JCS<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER REGARDING CASE SCHEDULE** |

Pursuant to Civil Local Rule 7-12, Plaintiffs Ely Holdings Limited and Greenlite Glass Systems Inc. (collectively, "Plaintiffs") and Defendant O'Keeffe's, Inc. d/b/a SAFTI FIRST ("Defendant"), through their respective counsel of record, and subject to the approval of the Court, hereby stipulate and agree to extend the below deadlines, as set forth below.  All other dates shall remain the same.  This short extension is necessary to ensure that the parties have adequate time to conduct expert depositions as to damages experts, and any *Daubert* motions connected therewith, which must of necessity follow those depositions.

Accordingly, the parties stipulate and respectfully request that the Court issue an order extending the dispositive motion deadlines and *Daubert* motion deadlines for technical experts as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Dispositive and technical expert *Daubert* motions | November 12, 2020 | November 23, 2020 |
| Briefs in Opposition to dispositive and technical expert *Daubert* motions | December 11, 2020 | December 14, 2020 |

The parties do not intend to utilize damages expert reports in connection with the scheduled dispositive motions.  The parties have agreed to take depositions of damages experts after the dispositive motion ruling, and seek to file any *Daubert* motions regarding those damages experts thereafter. Defendant therefore requests to defer expert discovery and *Daubert* motions for the damages experts as set forth below, to which Plaintiffs have agreed, subject to the Court's approval.

- Depositions of damages experts to be taken no later than thirty (30) days following the Court's rulings on dispositive motions; and

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE    2    Case No. 3:18-cv-06721 JCS

- *Daubert* motions regarding the opinions proffered by damages experts to be served no later than sixty (60) days following the Court's rulings on dispositive motions.

Dated: November 12, 2020                          Respectfully submitted,

DICKINSON WRIGHT RLLP                             SCHICKMAN LAW

*/s/ Jonathan D. Baker*                           */s/ Mark Isaac Schickman*
Jonathan D. Baker (SBN 196062)                    Mark Isaac Schickman (SBN 62653)

*Attorneys for Plaintiffs*                        *Attorneys for Defendant*
*Ely Holdings Limited and*                        *O'Keeffe's, Inc. d/b/a SAFTI*
*Greenlite Glass Systems Inc.*                    *FIRST, a California corporation*

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  November 12, 2020                         DICKINSON WRIGHT RLLP

                                                  By:  */s/ Jonathan D. Baker*
                                                       Jonathan D. Baker (SBN 196062)

### [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  11/16/2020                                _____
                                                  The Honorable Joseph C. Spero
                                                  United States Chief Magistrate Judge

28200276v1

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE          3          Case No. 3:18-cv-06721 JCS