Mark I. Schickman (CSB #62653)
SCHICKMAN LAW
1019 Euclid Ave.
Berkeley, CA 94708
Phone: (510) 467-2909
Email: Mark@SchickmanLaw.com

THEODORE J, BIELEN, JR. (CSB #56395)
BIELEN & LAMPE
1390 Willow Pass Road, Ste 1020
Concord, CA 94520
Telephone: (925) 288-9720
Facsimilia: (925) 288-9731
Email: bielenlt@yahoo.com

*Attorneys for Defendant and Counter-Claimants*
*O'Keeffe's, Inc., d/b/a SaftiFirst*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELY HOLDINGS LIMITED, a United Kingdom company, and GREENLITE GLASS SYSTEMS INC., a Canadian company,<br><br>Plaintiffs,<br><br>v.<br><br>O'KEEFFE'S, INC., d/b/a SAFTIFIRST, a California corporation,<br><br>Defendant.<br>_____<br>O'KEEFFE'S, INC., d/b/a SAFTIFIRST, a California corporation,<br><br>Counter-Claimant,<br><br>v.<br><br>ELY HOLDINGS LIMITED, a United Kingdom company, and GREENLITE GLASS SYSTEMS INC., a Canadian company,<br><br>Counter-Defendants. | **CASE NO. 18-CV-06721-JCS**<br><br>**MOTION TO STRIKE PARAGRAPHS 6 AND 8 OF JEFF GRIFFITHS' DECLARATION (Bautista Declaration, Exh 8, filed under deal)**<br><br>**January 22, 2021**<br>**The Hon. Joseph C. Spero**<br>**Time: 9:30 a.m.** |

**MOTION TO STRIKE PARAGRAPHS 6 AND 8 OF JEFF GRIFFITHS' DECLARATION**
1

(1)     Plaintiffs present the November 21, 2020 Declaration of Jeff Griffiths (Bautista Dec, Exh 8, filed under seal) as a series of purported admissions by a SAFTI employee (Dkt 187, 20:28). Without more, Mr. Griffiths' Declaration notes that he left SAFTI's employ in 2016; any admission by a party's agent or employee must be made "while the relationship existed" (Federal Rule of Evidence 802(d)(2)(D)). Aside from any other necessary foundation which is lacking, there can be no admission in a statement made by a former employee, five years gone.

(2)     The statements made in paragraph 6 of the Declaration should be stricken as impermissible conclusions and lacking in any foundation. Mr. Griffiths uses the passive voice exclusively, concluding that "it became apparent" and "it was speculated" and "it was confirmed", without stating who came to what conclusions, or when or how or why. Such unsupported conclusions are exactly what were rejected as improper in DeLoach v. United States, 307 F.2d 653 (D.C. Cir. 1962). Lay witnesses are normally not permitted to testify about their subjective interpretations or conclusions as to what has been said. See, United States v. Marzano, 537 F.2d 257, cert. den'd. 429 U.S. 1038, (3rd Cir. 1976).

(3)     The statements made in that paragraph 6 are proffered as the basis to establish the causes of and solutions to fire test failures, and as the sole support for Greenlite's [vacuous] assertion that the GPX 120 "could not support an applied load for a sufficient time without including some sort of LTMs to support the structural glass layer" (Dkt. 187, 21:1-6). It should be stricken under Federal rule of Evidence 701 as the inadmissible opinion testimony of a lay witness which is not based on any described observation , and is instead "based on scientific, technical, or other specialized knowledge within the scope of Rule 702".

(4)     The statements made in paragraph 8 of the declaration should be stricken as impermissible conclusions, lacking in any foundation. DeLoach v. United States, 307 F.2d 653 (D.C. Cir. 1962) . Mr. Griffiths concludes that a design somehow "was modified", and that one "conceptual design" was somehow "similar" to another, published two years after his departure. He does not state if or how he has personal knowledge of any design changes, or if any changed designs were provided to Transbay. If presented to show that any floor system did or did not have a load transferring means, as those terms are used in this matter, it should be stricken under Federal

Rule of Evidence 701 as the inadmissible opinion testimony of a lay witness which is not based on any described observation, and is instead "based on scientific, technical, or other specialized knowledge within the scope of Rule 702".

Respectfully submitted,<br>
BEILEN AND LAMPE<br>
SCHICKMAN LAW

Dated: December 13, 2020                    By <u>Mark I. Schickman</u>
                                               Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that after midnight on on December 14th, 2020, I electronically filed the foregoing document with the United States District Court for the Northern District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Donald R. McPhail
Taft, Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

Ryan O. White
Elizabeth Shuster
Taft, Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204

*Attorneys for Plaintiff*

  /s/ Mark I. Schickman
Mark I. Schickman