UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELY HOLDINGS LIMITED, et al., <br><br> Plaintiffs, <br><br> v. <br><br> O'KEEFFE'S, INC., <br><br> Defendant. | Case No. 18-cv-06721-JCS <br><br> **ORDER STRIKING DOCKET ENTRY 193** |

In conjunction with its opposition to Plaintiffs' motion for summary judgment, Defendant filed a "Motion to Strike Paragraphs 6 and 8 of Jeff Griffith's Declaration" (dkt. 193-2) and a "Motion to Exclude [an Exhibit] and Strike Belated Opinions" (dkt. 193-3).

Civil Local Rule 7-3(a) requires that "[a]ny evidentiary and procedural objections to [a] motion must be contained within the brief or memorandum" submitted in opposition, which is limited to twenty-five pages of text. Combining Defendant's evidentiary motions with Defendant's opposition brief would exceed that page limit. Docket entry 193 is therefore STRICKEN sua sponte in its entirety, including all attachments, for failure to comply with this Court's local rules.

Defendant shall file a corrected opposition brief to Plaintiffs' motion for summary judgment in compliance with Local Rule 7-3, and refile any supporting declarations and its opposition to Plaintiffs' motion to exclude expert testimony, no later than December 18, 2020.[1] The deadline for reply briefs with respect to *all* of the pending motions for summary judgment (dkts. 187, 189) and motions to exclude expert testimony (dkts. 185, 188) is CONTINUED to December 30, 2020. The hearing on those motions and the case management conference

---

[1] The corrected filing may not incorporate by reference any stricken filing.

previously set for January 22, 2021 are CONTINUED to January 29, 2021 at 9:30 AM.

**IT IS SO ORDERED.**

Dated: December 15, 2020

JOSEPH C. SPERO
Chief Magistrate Judge