United States District Court
Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7    ELY HOLDINGS LIMITED, et al.,            Case No.  18-cv-06721-JCS
8                 Plaintiffs,
                                             **FURTHER ORDER STRIKING
9          v.                                DOCKET ENTRIES**
10   O'KEEFFE'S, INC.,
11               Defendant.

12         On December 15, 2020, the Court issued an order striking docket entry 193, which

13   included Defendant's opposition briefs, for failure to follow Local Rule 7-3.  Defendant had also

14   filed related documents as docket entries 194 and 195.  Docket entry 194 includes a number of

15   exhibits, and docket entry 195 is an administrative motion to file certain exhibits under seal.  For

16   clarity, and to avoid any risk of inconsistency or confusion if Defendant's corrected opposition

17   brief differs in its use of those supporting documents, docket entries 194 and 195 are also

18   STRICKEN sua sponte.  Assuming those exhibits and the administrative motion to file under seal

19   remain relevant to Defendant's corrected opposition brief, Defendant shall refile them no later

20   than December 18, 2020.

21         **IT IS SO ORDERED.**

22   Dated: December 16, 2020

23                                          _____
24                                          JOSEPH C. SPERO
                                            Chief Magistrate Judge
25
26
27
28