Mark I. Schickman (CSB #62653)
SCHICKMAN LAW
1019 Euclid Ave.
Berkeley, CA 94708
Phone: (510) 467-2909
Email: Mark@SchickmanLaw.com

THEODORE J, BIELEN, JR. (CSB #56395)
BIELEN & LAMPE
1390 Willow Pass Road, Ste 1020
Concord, CA 94520
Telephone: (925) 288-9720
Facsimilia: (925) 288-9731
Email: bielenlt@yahoo.com

*Attorneys for Defendant and Counter-Claimants
O'Keeffe's, Inc., d/b/a SaftiFirst*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELY HOLDINGS LIMITED, a United Kingdom company, and GREENLITE GLASS SYSTEMS INC., a Canadian company,<br><br>     Plaintiffs,<br><br>v.<br><br>O'KEEFFE'S, INC., d/b/a SAFTIFIRST, a California corporation,<br><br>     Defendant.<br><br>O'KEEFFE'S, INC., d/b/a SAFTIFIRST, a California corporation,<br><br>     Counter-Claimant,<br><br>v.<br><br>ELY HOLDINGS LIMITED, a United Kingdom company, and GREENLITE GLASS SYSTEMS INC., a Canadian company,<br><br>     Counter-Defendants. | **CASE NO. 18-CV-06721-JCS**<br><br>**JANUARY 29, 2021**<br>**THE HON. JOSEPH C. SPERO**<br>**TIME: 9:30 A.M.**<br><br>**OBJECTIONS TO EVIDENCE FILED AS DOCKET NUMBERS 207-5, 207-6 207-8, AND 207-9 TO PLAINTIFFS' REPLY BRIEF (DOCKET 207)**<br>**(CIVIL LOCAL RULE 7-3 (d) (1)** |

Pursuant to Civil Local Rule 7-3 (d)(1) Defendant O'Keeffe's, Inc., d/b/a SaftiFirst (Safti) submits the flowing objections to evidence filed by Plaintiffs as Docket 207-5, 207-6, 207-8 and 207-9 with Plaintiffs' Reply Memorandum, Docket 207.

The Declaration of W. Michael Etienne and Exhibit 1 thereto (Dkt. 207-8. 207-9) are not relevant to any issue. They also address a filing which has been stricken and resubmitted as ordered, so it does not address any operative pleading. Finally, it is not admissible as impeachment or rebuttal as nobody claimed "the ECF system …experienced filing issues."

The purported red-line markups, Exhibits 34 and 35 to The Declaration of Phillip Bautista (Docket 207-5 and 207-6) are irrelevant to any issue. The fact that Safti's resubmitted brief shows edits and reorganization is not at issue, as the Court directed Safti to resubmit three pleadings totaling some 28 pages in length as a single reply of 25 pages or less, in compliance with Local Rule 7-3. The Court subsequently ordered Safti to resubmit the entirety of its replies, administrative motion and exhibits, to avoid inconsistency or confusion if the submission or use of exhibits differs in the corrected brief. The red-lines are also objected to as incomplete, as they do not include any reference to or consideration of two separate evidentiary replies which were stricken and ordered incorporated into the single reply brief, in compliance with the Local Rules.

.

> Respectfully submitted,
> BEILEN AND LAMPE
> SCHICKMAN LAW

Dated: January 4, 2020                    By *Mark I. Schickman*
                                             Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2021 I electronically filed the foregoing document with the United States District Court for the Northern District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Guy W. Chambers
Ellen P. Liu
Sideman & Bancroft LLP
One Embarcadero Center, 22nd Floor
San Francisco, CA 94111-3711

Donald R. McPhail
Taft, Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

Ryan O. White
Elizabeth Shuster
Taft, Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204

*Attorneys for Plaintiff*


  /s/ Mark I. Schickman
Mark I. Schickman