| | |
|---|---|
| Donald R. McPhail (admitted *pro hac vice*)<br>Email: dmcphail@dickinsonwright.com<br>DICKINSON WRIGHT PLLC<br>International Square<br>1825 Eye St. N.W., Suite 900<br>Washington, D.C. 20006<br>Telephone: (202) 457-0160<br>Facsimile: (844) 670-6009 | Mark Isaac Schickman (SBN 62653)<br>Email: mark@SchickmanLaw.com<br>SCHICKMAN LAW<br>1019 Euclid Avenue<br>Berkeley, Ca. 94108<br>Telephone: (510) 467-2909 |
| Jonathan D. Baker (SBN 196062)<br>Email: jdbaker@dickinsonwright.com<br>DICKINSON WRIGHT PLLC<br>800 W. California Avenue, Suite 110<br>Sunnyvale, CA 94086<br>Telephone: (408) 701-6100<br>Facsimile: (844) 670-6009 | Theodore J. Bielen, Jr. (SBN 56395)<br>Email: bielenlt@yahoo.com<br>BIELEN & LAMPE<br>1390 Willow Pass Road, Suite 1020<br>Concord, CA 94520<br>Telephone: (925) 288-9720<br>Facsimile: (925) 288-9731 |
| Ryan O. White (admitted *pro hac vice*)<br>Email: rwhite@taftlaw.com<br>Elizabeth Shuster (admitted *pro hac vice*)<br>Email: eshuster@taftlaw.com<br>TAFT, STETTINIUS & HOLLISTER LLP<br>One Indiana Square, Suite 3500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 713-3500<br>Facsimile: (317) 713-3699 | ***Attorneys for Defendant<br>O'Keeffe's, Inc. d/b/a SAFTI FIRST,<br>a California corporation*** |
| Philip R. Bautista (admitted *pro hac vice*)<br>Email: pbautista@taftlaw.com<br>TAFT STETTINIUS & HOLLISTER LLP<br>200 Public Square, Suite 3500<br>Cleveland, OH 44114<br>Telephone: (216) 241-2838<br>Facsimile: (216) 241-3707 | |

***Attorneys for Plaintiffs Ely Holdings Limited and Greenlite Glass Systems Inc.***

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELY HOLDINGS LIMITED,<br>a United Kingdom company, and<br>GREENLITE GLASS SYSTEMS INC.,<br>a Canadian company,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>O'KEEFFE'S, INC. d/b/a SAFTI FIRST,<br>a California corporation,　Defendant. | Case No. 3:18-cv-06721 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE AND EXPERT WITNESSES** |

Pursuant to Civil Local Rule 7-12, Plaintiffs Ely Holdings Limited and Greenlite Glass Systems Inc. (collectively, "Plaintiffs") and Defendant O'Keeffe's, Inc. d/b/a SAFTI FIRST ("Defendant") (Defendant and Plaintiffs collectively, the "Parties"), through their respective counsel of record, and subject to the approval of the Court, hereby stipulate and agree to extend the deadlines for: (i) depositions of damages experts, and (ii) Daubert motions regarding the opinions proffered by damages experts, as set forth below. All other dates shall remain.

The deadlines for the abovementioned filings are currently set by stipulated Order at thirty (30) and sixty (60) days, respectively, following *the Court's rulings on dispositive motions* (Dkt. No. 184); however, in light of the March 16, 2021 scheduled mediation session and in furtherance of settlement, the Parties stipulate and respectfully request that the Court issue an order extending the deadlines to thirty (30) and sixty (60) days, respectively, following *the March 16, 2021 scheduled mediation session*. Accordingly, the amended deadlines appear as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Depositions of Damages Experts | March 5, 2021 | April 16, 2021 |
| Daubert Motions re: Opinions Proffered by Damages Experts | April 4, 2021 | May 17, 2021 |

Finally, pursuant to the Court's Order dated February 3, 2021 (Dkt. No. 214, 20:2-3), the Parties report and stipulate that to the extent the patent claims and counterclaims are not pending in this lawsuit, neither Tim Macfarlane, Plaintiffs' expert witness, nor Glen Stevick, Defendant's expert witness, nor lay witness Jeff Griffiths shall be presented as witnesses at the trial of this matter.

| | |
|---|---|
| Dated: February 24, 2021 | Respectfully submitted, |
| TAFT STETTINIUS & HOLLISTER LLP | SCHICKMAN LAW |
| */s/ Philip R. Bautista* <br> Philip R. Bautista (*admitted pro hac vice*) | */s/ Mark Isaac Schickman* <br> Mark Isaac Schickman (SBN 62653) |
| *Attorneys for Plaintiffs* <br> *Ely Holdings Limited and* <br> *Greenlite Glass Systems Inc.* | *Attorneys for Defendant* <br> *O'Keeffe's, Inc. d/b/a SAFTI* <br> *FIRST, a California corporation* |

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: February 24, 2021                    SCHICKMAN LAW

By:   */s/ Mark Isaac Schickman*
      Mark Isaac Schickman (SBN 62653)

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

The Honorable Joseph C. Spero
United States Chief Magistrate Judge