| | |
|---|---|
| Donald R. McPhail (admitted *pro hac vice*) <br> Email: dmcphail@dickinson-wright.com <br> Shih Ching Le (admitted *pro hac vice*) <br> Email: eli@dickinsonwright.com <br> DICKINSON WRIGHT PLLC <br> International Square <br> 1825 Eye St. N.W., Suite 900 <br> Washington, D.C. 20006 <br> Telephone: (202) 457-0160 <br> Facsimile: (844) 670-6009 | Ryan O. White (admitted *pro hac vice*) <br> Email: rwhite@taftlaw.com <br> Elizabeth Shuster (admitted *pro hac vice*) <br> Email: eshuster@taftlaw.com <br> TAFT, STETTINIUS & HOLLISTER LLP <br> One Indiana Square, Suite 3500 <br> Indianapolis, Indiana 46204 <br> Telephone: (317) 713-3500 <br> Facsimile: (317) 713-3699 |
| Jonathan D. Baker (State Bar No. 196062) <br> Email: JDBaker@dickinson-wright.com <br> DICKINSON WRIGHT RLLP <br> 800 W. California Avenue, Suite 110 <br> Sunnyvale, CA 94086 <br> Telephone: (408) 701-6180 <br> Facsimile: (844) 670-6009 | Philip R. Bautista (admitted *pro hac vice*) <br> Email: pbautista@taftlaw.com <br> JoZeff W. Bebolys (admitted *pro hac vice*) <br> Email: jgebolys@taftlaw.com <br> TAFT STETTINIUS AND HOLLISTER LLP <br> 200 Public Square, Suite 3500 <br> Cleveland, OH 44114 <br> Telephone: (216) 241-2838 <br> Facsimile: (216) 241-3707 |

Attorneys for Plaintiffs
ELY HOLDINGS LIMITED and
GREENLIGHT GLASS SYSTEMS INC.,

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELY HOLDINGS LIMITED, a United Kingdom company, and GREENLIGHT GLASS SYSTEMS INC., a Canadian company, <br><br> Plaintiff, <br><br> v. <br><br> O'KEEFFE'S, INC. d/b/a SAFTI FIRST, a California corporation, <br><br> Defendant. | Case No. 3:18-cv-06721 JCS <br><br> **NOTICE OF WITHDRAWAL OF SIDEMAN & BANCROFT LLP** <br><br> The Honorable Joseph C. Spero |

**TO THE COURT, THE CLERK, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Sideman & Bancroft LLP is no longer counsel of record for Plaintiffs Ely Holdings Limited and Greenlite Glass Systems Inc. in the above-captioned action, and therefore we respectfully request that Guy W. Chambers and Ellen P. Liu be removed from the list of counsel appearing for Plaintiffs Ely Holdings Limited and Greenlite Glass Systems Inc. in this action.

Respectfully submitted,

Dated: March 10, 2021         DICKINSON WRIGHT PLLC

By: */s/ Donald R. McPhail*
Donald R. McPhail

Attorneys for Plaintiff
ELY HOLDINGS LIMITED and
GREENLITE GLASS SYSTEMS INC.

10696-1\4657141v1