Donald R. McPhail (admitted *pro hac vice*)
Email: dmcphail@dickinsonwright.com
DICKINSON WRIGHT PLLC
International Square
1825 Eye St. N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 457-0160
Facsimile: (844) 670-6009

Jonathan D. Baker (State Bar No. 196062)
Email: jdbaker@dickinsonwright.com
DICKINSON WRIGHT RLLP
800 W. California Avenue, Suite 110
Sunnyvale, CA 94086
Telephone: (408) 701-6100
Facsimile: (844) 670-6009

[Additional Counsel of Record
Listed on Signature Page]

*Attorneys for Plaintiffs*
*Ely Holdings Limited and*
*Greenlite Glass Systems Inc.*

Mark I. Schickman
SCHICKMAN LAW
1019 Euclid Avenue
Berkeley, Ca. 94108
Telephone: (510) 467-2909
Email: mark@SchickmanLaw.com

Theodore J. Bielen, Jr. (SBN 56395)
BIELEN & LAMPE
1390 Willow Pass Road, Suite 1020
Concord, CA 94520
(925) 288-9720
Fax: (925) 288-9731
Email: bielenlt@yahoo.com

*Attorneys for Defendant*
*O'Keeffe's, Inc. d/b/a SAFTI FIRST*
*a California corporation*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELY HOLDINGS LIMITED, a United Kingdom company, and GREENLITE GLASS SYSTEMS INC., a Canadian Company,<br><br>    Plaintiff,<br><br>    v.<br><br>O'KEEFFE'S, INC. d/b/a SAFTI FIRST, a California corporation,<br><br>    Defendant. | Case No. 3:18-cv-06721 JCS<br><br>**JULY 16, 2021 UPDATED JOINT CASE MANAGEMENT STATEMENT** |

The Parties to the above-entitled action, Plaintiffs Ely Holdings Limited ("Ely") and Greenlite Glass Systems Inc. ("Greenlite") (Ely and Greenlite collectively "Plaintiffs") and Defendant O'Keeffe's, Inc. d/b/a Safti First ("SAFTI") (Plaintiffs and SAFTI collectively "the Parties"), jointly submit this UPDATED JOINT CASE MANAGEMENT STATEMENT pursuant to this Court's March 29, 2021 Order (Dkt. No. 222), incorporating herein their prior Statements to the extent still applicable.

The Parties most recently participated in a mediation session on March 16, 2021. Since that mediation session, the Parties have engaged in ongoing settlement discussions, are nearing a comprehensive resolution to the litigation, and are negotiating a settlement agreement that is nearly finalized.

The Parties will apprise Court of further progress regarding settlement or the need to complete expert depositions and proceed to pretrial and trial dates, as scheduled.

Dated: July 16, 2021                    Respectfully submitted,

/s/ Donald R. McPhail
Donald R. McPhail (*Admitted Pro Hac Vice*)
Email: dmcphail@dickinsonwright.com
DICKINSON WRIGHT PLLC
International Square
1825 Eye St. N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 457-0160
Facsimile: (844) 670-6009

Jonathan D. Baker (State Bar No. 196062)
Email: jdbaker@dickinsonwright.com
DICKINSON WRIGHT RLLP
800 W. California Avenue, Suite 110
Sunnyvale, CA 94086
Telephone: (408) 701-6100
Facsimile: (844) 670-6009

Ryan O. White (*Admitted Pro Hac Vice*)
Email: rwhite@taftlaw.com
Elizabeth Shuster (*Admitted Pro Hac Vice*)
Email: eshuster@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500
Facsimile: (317) 713-3699

Philip R. Bautista (admitted *pro hac vice*)
Email: pbautista@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, OH 44114
Telephone: (216) 241-2838
Facsimile: (216) 241-3707

**Attorneys for Plaintiffs**
**Ely Holdings Limited and**
**Greenlite Glass Systems Inc.**

/s/ *Mark I. Schickman*
Mark I. Schickman
SCHICKMAN LAW
1019 Euclid Avenue
Berkeley, Ca. 94108
Telephone: (510) 467-2909
Email: mark@SchickmanLaw.com

Theodore J. Bielen, Jr. (SBN 56395)
BIELEN & LAMPE
1390 Willow Pass Road, Suite 1020
Concord, CA 94520
(925) 288-9720
Fax: (925) 288-9731
Email: bielenlt@yahoo.com

**Attorneys for Defendant**
**O'Keeffe's, Inc. d/b/a SAFTI FIRST**
**a California corporation**

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the signatories.

Dated: July 16, 2021

DICKINSON WRIGHT PLLC

/s/ *Donald R. McPhail*
Donald R. McPhail